**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES            :  NO. 2:20-cr-00045-GAM
                                      :
                                      :  JUDGE MCHUGH
                                      :
                    v.                    :
                                      :
ABDUR RAHIM ISLAM       :
                                      :
              Defendants        :

**<u>SUPPORT LETTERS SUBMITTED ON BEHALF OF DEFENDANT,
ABDUR RAHIM ISLAM</u>**

      And now, through counsel, Abdur Rhaim Islam hereby submits the following letters of support related to his upcoming sentencing.

| | |
|---|---|
| 1. | Faruq Abdul-Ghaffar |
| 2. | Zakariyya Abdur-Rahman |
| 3. | Wadud Ahmad |
| 4. | Jihad Ahmed |
| 5. | Donna Allie |
| 6. | Anwar Asad |
| 7. | Dr. Molefi Asante |
| 8. | Bishop Avinger |
| 9. | Khalilullah Aziz |
| 10. | Joann Bell |
| 11. | Dawud Bey |
| 12. | James Bishop and Louise Bishop |
| 13 | Arnold Bolden |
| 14. | Ryan Boyer |
| 15. | Vanessa Brown |
| 16. | Otis Bullock |
| 17. | George Burrell |
| 18. | Michael Coard |
| 19. | Sam Coleman |
| 20. | Stanley Crawford |
| 21. | Omowale Crenshaw |
| 22. | Noel Eisenstat |
| 23. | Art Fennell |
| 24. | Trina Gandy |
| 25. | Sharmaine Gibson |

| | |
|---|---|
| 26. | Claudia Gordon |
| 27. | Derek Green |
| 28. | Jasmine Hall |
| 29. | Lovell Harmon |
| 30. | Aminah Islam |
| 31. | Fatimah Islam |
| 32. | Khalid Islam |
| 33. | Mecca Islam |
| 34 | Medina Islam |
| 35. | Muhammad Islam |
| 36. | Mumin Islam |
| 37. | Raheem Islam |
| 38. | Saudia Islam |
| 39. | Hughley Jenkins |
| 40. | Keisha Jenkins-Brown |
| 41 | Thomas Jenkins |
| 42. | Vickey Jenkins |
| 43. | Fred Johnson |
| 44. | Ernest Jones |
| 45. | Jerrel W. Jones |
| 46. | Albert Littlepage |
| 47. | Chris Lewis |
| 48. | Bob Lott |
| 49. | George Marks |
| 50. | Crystal Edwards-Mercy |
| 51. | Denia Edwards-Mercy |
| 52. | Jermaine Millhouse |
| 53. | Sandra Mills |
| 54. | Anton Moore |
| 55. | Reverend Bill Moore |
| 56. | Shaykh Anwar Muhaimin |
| 57. | Abdul Rahim Muhammad |
| 58. | Jehron Muhammad |
| 59. | Rodney Muhammad |
| 60. | Anthony Murphy |
| 61. | George Nelson |
| 62. | Shani Newton |
| 63. | Imam Kenneth Nurriddin |
| 64. | Bernadette Peoples |
| 65. | Angelo Perryman |
| 66. | Elaine Pickens |
| 67. | J. Roger Powe III |
| 68. | Ron Pressley |
| 69. | Tamara Pryor |
| 70. | Joe Quinones |

| | |
|---|---|
| 71. | Qasim Rashad |
| 72. | Michael Rashid |
| 73. | Damon Roberts |
| 74. | Adelina Robinson |
| 75. | Bishop James Robinson |
| 76. | Kenneth Salaam |
| 77. | Greg Scott |
| 78. | Felicia Seamon |
| 79. | Janet Seamon |
| 80. | Jermaine Seamon |
| 81. | Joel Seay |
| 82. | Aminah Shabazz |
| 83. | Dr. Safiyya Shabazz |
| 84. | Claudia Sherrod |
| 85. | Blane Stoddart |
| 86. | Stan Straughter |
| 87. | Lin Thomas |
| 88. | Bob Totaro |
| 89. | Mark A. Wade, Sr |
| 90. | Eric Ward |
| 91. | Zenobia Waridi |
| 92. | John White, Jr. |
| 93. | Christine Wiggins |
| 94. | John Williams |
| 95. | Joel Wilson |
| 96. | Chad Womack |

Respectfully submitted,

Dated: July 9, 2024

/s/ David Laigaie
David Laigaie
**ECKERT SEAMANS CHERIN &
MELLOTT, LLC**
Two Liberty Place, 22nd Floor
50 South 16th Street
Philadelphia, PA 19102
Phone: (215) 851-8428
Fax: (215) 851-8383

*Attorney for Defendant Abdur Rahim Islam*

## CERTIFICATE OF SERVICE

I, David M. Laigaie, hereby certify that on this day, I caused the forgoing to be filed electronically with the Case Management/Electronic Case Filing System ("CM/ECF") for the Federal Judiciary. Notice of this filing will be sent to all parties by operation of the Notice of Electronic Filing System, and the parties to this action may access this filing through CM/ECF.

Dated: July 9, 2024

/s/ *David Laigaie*
David Laigaie, Esquire

June 13, 2024

Honorable Gerald A. McHugh
9613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Judge McHugh:

I'm the proud father of eight, grandfather, and great grandfather collectively they represent the love of my life. I'm also a retired schoolteacher, school administrator and entrepreneur with nearly 60 years working in the Philadelphia community trying to help the African American community break significant cycles of social and economic despair.

While I've enjoyed my roles in public education and working with children, as an entrepreneur I've had consequential success in business which includes: formation of Steak N Take Franchises (creator of the famous fish hoagie); led a regional effort to import and distribute millions of pounds of fish from Peru creating hundreds of jobs; created distribution network that supplied snacks to major supermarket chains; and owned operated several restaurants and a travel agency. I've lived a lifetime trying to serve the community through business.

I've known Rahim for more than 50 years, first hiring him as a teenager to work in one of my restaurants in the early 1970's and I knew then that he was very focused. Over the years, I've watched him grow mentally and spiritually and become a true selfless leader in our community. His contributions with Universal are simply inspirational and his accomplishments are both historical and monumental and served to create a currency of hope for so many, including myself.

Independent of Universal's work, I've worked side-by-side with Rahim on a number of city-wide initiatives that challenged the status quo of black inferiority. Rahim didn't accept that we as a people, are helpless and as a private citizen, he led many efforts (too many to highlight in this letter). He stressed that if we could work together more, we could resolve many of our own issues including addressing black on black crime. I was with him in the planning and execution of the call to enlist 10,000 black men who showed up at the Temple Liacouras Center to rescue our children, mothers, and seniors from the drug dealers that took over many of our neighborhoods – this was an awesome experience.

Your honor, I humbly request that you extend leniency to Rahim Islam not because we don't acknowledge the severity of his actions, we do. I know that he is extremely sorry and remorseful for his mishaps and if given the opportunity will do what he has done most of his adult life and challenge the status quo - **JUDGE McHUGH, HE WILL MAKE YOU PROUD**.

Sincerely,

*Faruq Abdul Ghaffar*

Faruq Abdul-Ghaffar



May 17, 2024

Honorable Judge Gerald A. McHugh

Re: Request for Leniency

Dear Judge McHugh:

I am the President & CEO of the Nicetown Community Development Corporation, (Nicetown CDC) which I have served for nearly twenty-five years. I am providing this letter on behalf of our organization in support of Mr. Rahim Islam. I have known him for over 30 years, during which time he has been a mentor and leader to myself and our organization from the inception. His example, consistent guidance and support was the catalyst to establishing the Nicetown CDC as well as other organizations in the City of Philadelphia and beyond. This resulted in improved quality of life and economic impact with low to moderate income neighborhoods, businesses and families.

Rahim has a reputation for working tirelessly and his dedication and service to the community is legendary. His role in the history and model of community economic development with Universal Companies was a road map for us and the lynchpin to our success. The model and best practices were also part of curriculums for universities and training institutions. Mr. Islam served as the Chairman of the Nicetown CDC during critical years in our growth and we know that we definitely would not be where we are today without his leadership. We still refer to what we learned from Mr. Islam and the value is evident to this day. Today, the Nicetown CDC is an award winning developer of affordable housing, commercial and recreational projects, supportive services, land management, special event production and more.

Rahim has spent his life making positive change in service to the African American community and continues, even as he is facing tremendous challenges. We are requesting that you be merciful with leniency in his sentencing so that he can return to productively serve the community. We need his leadership desperately in a time when effective, meaningful leadership is so scarce.

On behalf of the Nicetown CDC, I thank you for considering our thoughts in your deliberations.

Sincerely,

Zakariyya Abdur-Rahman
President & CEO



May 22, 2024

Honorable Judge Gerald A. McHugh
9613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

    **Re:    Rahim Islam**

Dear Judge McHugh,

My name is Wadud Ahmad, and I am an attorney who practices law in Pennsylvania.

For more than ten years, I have known Rahim Islam as a tireless advocate for the rights of African Americans. Rahim has always been willing to speak out against the injustices facing the African American community while trying to find solutions. When I first met Rahim, he was leading an effort to recruit ten thousand African American men to volunteer for various preexisting non-profit organizations throughout Philadelphia. The various non-profits focused on issues ranging from literacy and public safety to affordable housing and public health.

Rahim understood the importance of supporting non-profits via a ready and capable supply of volunteers. Throughout the years I have personally witnessed Rahim challenge elected leaders to do more to address the roots of poverty and poor education within the African American community.

Your Honor, please have leniency on Rahim. Please take into consideration his life work. In both his personal and professional life, he has committed himself to service of others. Rahim is an important member of the African American community and hopefully the Court will find the appropriate balance of justice that allows Rahim to serve our community in the future.

Very truly yours,

Wadud Ahmad

June 6, 2024

Honorable Judge Gerald A. McHugh
U.S. Federal Judge
9613 U.S. Court House
601 Market St
Philadelphia, Pa 19106

Dear Judge, McHugh,

I hope and pray that this letter finds you in good health and high spirits. I am aware of the circumstances surrounding Rahim Islam and the charges that he faces and while I understand the gravity of the situation, I'm humbling writing you seeking mercy and leniency for him.

My name is Jihad Ahmed and I serve as Deputy Sheriff for the city of Philadelphia. I'm the founder of Souls-To-Saddles, a nonprofit organization dedicated to helping educate and empower our youth here in Philadelphia through equestrian ship. In addition to my work within the public safety area, I also work in a number of "charitable" capacities within the African American community and I'm a firm believer in the power of second chances and the importance of having and showing empathy and understanding.

I've personally known Rahim Islam up close for nearly 30 years and have witnessed the many great things that he has done in the community that I live and other neighborhoods in Philadelphia. Several years ago, I was enrolled in a job training program at the Universal Center for Employment Training, a work force development program at Universal Companies. This program not only prepared us for employment opportunities, but it also assisted in placing us in jobs once we completed the program. My participation in this program was life changing for me and propelled me to where I'm today. Through that program, I was able to obtain a good job at Universal Institute Charter School that allowed me to take care of myself and my family. I worked at Universal for 12 years before leaving and taking a job with the city of Philadelphia.

At Universal I was able to see Rahim Islam's leadership skills up close and personal. He mentored me and showed me how to start my own mentoring program and assisted me with my first fundraising banquet. In addition to being the CEO of the organization, Rahim Islam was also my next-door neighbor for 20 years and our families were extremely close. My children and his children literally grew up together and my children went on many trips and vacations and outings with the Islam family. Our sons remain extremely close today.

It is my sincere belief that Rahim Islam is a good person, leader, father, and friend. Throughout the many years I have known him I've seen him as a genuinely giving person. His past contributions to our community are literally breathtaking and his future would be similar if you are able to find it in your heart to render him mercy and leniency. Your decision would afford him to not only take care of his family but continue is life's purpose and mission to rebuild and restore the African American community. Your Honor, Rahim needs us, and we need him, and I am confident that if you give him the opportunity he will actively engage in any/all necessary support programs to continue his personal growth and contribute positively to society.

I truly respect your authority and judgment and pray that you consider the unique circumstances of this case for the potential for leniency. Thank you for taking the time to read this letter, and for considering my perspective. If you have any questions or require further information, please do not hesitate to contact me at 267-718-8986. Wishing you all the best in your deliberations.

Sincerely,

Jihad Ahmed
Deputy Sheriff



**Team Clean**
INC. EST. 1989

Honorable Judge Gerald A. McHugh
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

April 30, 2024

Dear Honorable Judge McHugh,

My name is Donna Allie, and I am the founder of Team Clean Inc, a building maintenance firm located in Philadelphia. I am writing to you today to advocate for Rahim Islam, whom I have known for over 20 years through our work together as a service provider for Universal Charter Schools.

Rahim has been instrumental in facilitating opportunities for minority-owned businesses like mine within Philadelphia. During a time when Black and Women business owners faced significant barriers to participation in business ventures, Rahim tirelessly advocated for our inclusion. He successfully challenged the unconscious biases of majority-owned firms, persuading them to recognize our capabilities. Because of Rahim's advocacy, my company and many others were able to thrive and contribute to Philadelphia's economic landscape.

With Rahim's support, Team Clean has been able to provide thousands of good-paying jobs to Philadelphians, helping to uplift our community. Rahim's commitment to promoting diversity and fostering economic empowerment has had a lasting and positive impact on our city.

I respectfully request that the court consider Rahim's profound contributions to our community and the business sector, particularly in supporting minority-owned enterprises. Judge McHugh, I implore you to show mercy and leniency in Rahim's case. His continued presence and leadership are vital for the progress and well-being of our community.

Thank you for considering my plea. May God bless you as you deliberate on this matter.

Sincerely,

Donna Allie
President and CEO

Anwar Asad
2119 N. Camac St
Philadelphia, Pa 19122

June 15, 2024

Honorable Gerald A. McHugh
9613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Judge McHugh:

As a friend of more than 50 years, I am writing this letter to respectfully request leniency in the case of Rahim Islam. Our acquaintances go as far back as the early 1970's when we were both teenagers. I was a few years older than him but his capacity to lead was evident even back then. Over the years, Rahim has a stellar and distinguished set of accomplishments and while our paths weren't always aligned, I always remained a friend in good times and in bad times.

There are many who will speak to his many accomplishments in the community and I do too. However, I'm more excited about the man and father he has been to his children. In fact, I was with him at the birth of his first son and I saw how happy and excited he was and to see that same boy now 45 years later only reflects in Rahim's true legacy and commitment. I know Rahim to be an absolutely caring and kind person and the seriousness of these charges are a total and direct contradiction to who Rahim is and what he has meant to so many and for many decades.

I had the opportunity to speak with him and I'm convinced that he understands the gravity of his actions and will recommit the rest of his life proving that it was not his real character. He has stated to me that he deeply regrets his behavior and the negative impact it has had on others and those closest to him. Rahim Islam is truly remorseful for his actions and is committed to making amends. I respectfully ask for your leniency in his sentencing, as a lighter sentence would allow him to continue the path of rehabilitation and contribute positively to our community. I know he is willing to comply with any conditions the court deems appropriate, including community service, probation, or participation in treatment programs.

Thank you for taking the time to read my letter and for considering this request for leniency. I am hopeful that you will see the genuine remorse and commitment to change that he has expressed.

Sincerely,

Anwar Asad



**TEMPLE UNIVERSITY**
A Commonwealth University    **College of Liberal Arts**

**Department of Africology and American Studies**

1115 W. Berks Street
Gladfelter Hall 810
Philadelphia, PA 19122-6089
Phone: (215) 204-8491
Fax: (215) 204-5953
www.temple.edu/aas

April 23, 2024

Honorable Gerald A. McHugh
9613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Judge McHugh:

I am Dr. Molefi Kete Asante, the President of the Molefi Kete Asante Institute in Philadelphia, and a Professor of African American Studies at Temple University.  I am writing to appeal for leniency for Rahim Islam during sentencing. I have known Mr. Islam for fifteen years and believe that his character strengths outweigh his weaknesses. He has been an encourager, an inspirer, and a person of goodwill toward those who seek a better life.

Your honor, respectfully, I beg of you to be lenient on Rahim who has admitted and accepted his situation. He is a person with a very large and good heart, and his work for humanity is not yet done. I know that he will continue to seek to do good for his family and community.

Sincerely,

Molefi Kete Asante
www.molefiketeasante.com
Professor



May 2, 2024

The Honorable Gerald A McHugh 9613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Judge McHugh,

I am taking the opportunity to write on behalf of Mr, Rahim Islam who is standing before you on the matter of a pending sentence in your court on July 6th, 2024. My name is Bishop Steven Avinger, Sr. MPA, DD. I am currently in my 36th year of service to the Greater St Matthew Baptist Church located in the Tioga Nicetown area of Philadelphia. Our church has just recently celebrated its 100th year of service to both the South Philadelphia and Nicetown communities. I also serve as Assistant Presiding Bishop of the New Day Interfaith Fellowship of Churches covering Delaware, Pennsylvania and Maryland. During my time of service to the church and New Day Fellowship, I've worked with countless politicians, Community and Civic leaders, Religious Leaders across the spectrum of religious life addressing challenging issues in our neighborhoods. In this context, my privilege has been to work with people who love our community and demonstrated that love with tieless work, faith and diligence.

It was my honor to have worked with Rahim as both a community leader and a community development expert. We've done housing development, community organizing, fought against crime among our young people, worked together to elect political figures who truly represent the community's interest, done after school programs together among other activities primarily geared towards uplifting the "least of these" in our communities.

Those years of working with Rahim were not only profitable, in terms of bringing results, but it was a pleasure to work with someone who truly cared about the people we served, across religious interests. As you ponder this important question. of how Rahim's future will be, I humbly ask that you take his entire work and contribution to humanity into consideration as you pass down your sentence. More specifically, I am requesting mercy and leniency at the sentencing hearing. Life sometimes takes unusual and unexpected turns for us as humans. Sometimes those turns, we may live to regret. However, as we balance the entire life experience and see that our good outweighs the bad, we trust that the good we've invested will outweigh unfortunate wrong turns. Let me close with these words from the Apostle Paul in the New Testament, "I beseech you by the mercies of God" to look mercifully upon this servant of our community.

Sincerely yours,



Bishop Steven Avinger, Sr MPA, DD

Khalilullah Aziz
7955 Provident Street
Philadelphia, PA 19150

June 20, 2024

Honorable Gerald A. McHugh
9613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Judge McHugh,

At 77 years of age, husband of 52 years, father, grandfather, and great grandfather, I lived most of my adult life in the pursuit of helping to make life better for African Americans in our city. Born in 1947, the epicenter of the civil rights struggle, my parents taught me that no matter what you achieve in life, success can only be measured when your people have more freedoms.

I've tried to honor my parents and the struggle of our people by putting in the work. Graduating from Central High and attending Howard University, I've held numerous leadership roles and none bigger than my 25 years with the Laborer's Local 332 as a Field Representative, Business Agent, and Secretary – I was a leader of men. Within the African American struggle, I've held several civic, political, religious, and business roles with one purpose and one purpose only – how can I help our people achieve the American Dream.

Your Honor, I'm proud to say that I knew Rahim Islam when he was just a teenager in the early 1970's and I knew then that he was special. I knew of his family struggles and his personal challenges, and I tried to assist and mentor him as best I could. I'd like to say that I contributed to his growth (I don't know), but can attest to that growth as a man, a father, and most importantly as a leader.

Our paths always intersected throughout the years and on a personal level, in 1999 when I branched out and started my own construction company, my mentee Rahim Islam was able to help me get started securing both finances and contracts. As a minority contractor, like all contractors, our success depends on having access to capital and job opportunities. This issue is further complicated by the parochial nature of the construction business where most developers only work with contractors that they have always worked with which maintains the status quo – another type of racism. As Rahim grew as an accomplished real estate developer, his influence and political capital grew within the industry, and he utilized that influence to assist me and many other minority contractors.

However, his contributions weren't just centered on any one front, his influence covered so many areas that systemically keep our community from making the real progress (i.e. education, health, business, real estate, etc.).  His reach was "Universal" his value and worth can be seen in what he did for an entire community that we all watched in awe.  This mentee that I knew in 1972 with so much potential, had materialized that potential, not for himself, but for our people, our community, our city, and our nation. Rahim put in the work, he put in the time, he made the sacrifices, and he was rewarded with success because his heart was always in a sincere and pure state, it was never me, me, me.  It was always us, us, us.

Your honor, I like so many others, know the heart of this man and appeal to you to render him leniency when you sentence him based on a lifetime of good works and a future that could be equally promising. I watched him for more than 50 years, he is no fluke, he is the real deal and if given a 2nd chance, will demonstrate what most of us know about his integrity and restart his commitment to a better Philadelphia.

Sincerely,

Khalilullah Aziz



May 6, 2024


Honorable Gerard A. McHugh
9613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Honorable Gerard A. McHugh:

I first met Rahim Islam in the late 1990's when I worked in the Philadelphia Commerce Department as a Special Projects Manager during both the Ed Rendell and John Street Administrations. My team was tasked to review urban renewal and community uplifting projects that provided community revitalization. I was impressed by Universal Companies' (UC) holistic plan for the Point Breeze area of Philadelphia.

The founder and visionary leader of the Universal Companies is the musical impresario Kenny Gamble. However, under the leadership of Rahim Islam, a skillful planner and developer, Universal's proposals were successfully funded by state and local governments. Ultimately, Universal Companies literally changed Point Breeze from a drug infested high poverty community to a thriving middle-class community that, as of today, is still attracting developers from around the country.

I would regularly refer community groups to Rahim Islam for advice on how to plan and fund urban revitalization in their neighborhoods. Years later Rahim Islam founded the Philadelphia Community of Leaders (PCOL) which brought together some of the best thinkers and planners in Philadelphia to discuss solutions to Philadelphia's educational crisis. The group consisted of community organizers; civic and advocacy groups; educators; physicians; attorneys; social workers and behavioral health professionals; the business community and chambers of commerce; and a host of elected officials.

They came because they respected the work of Rahim Islam and respected his mission driven approach to problem solving. We all shared the conviction that you cannot change the learning behavior in the classroom if we fail to acknowledge the environmental impact on students outside the classroom.

I sat on the subcommittee that addressed the perpetual underfunding of the Philadelphia School District and it was rather prescient that one of the attorneys on our committee later successfully argued the historic Pennsylvania's school underfunding before the Commonwealth Court of Pennsylvania.

Rahim Islam is a good and decent man and like all men - not infallible. We all make mistakes in life. I asked the court to take into consideration the total sum of his life and the good he has done for the greater community. I pray for your leniency in sentencing.

Sincerely,

Joann Bell
Government Affairs Consultant &
Black Women's Leadership Council Convener



May 7, 2024

Honorable Gerald A. McHugh
9613 U.S. Courthouse
601 Market St.
Philadelphia PA

Dear Judge McHugh,

I am writing to you today to request leniency in the sentencing of Rahim Islam. My name is Dawud Bey, and I am a major developer of affordable homes in the City of Philadelphia. Additionally, I serve as a member of Mayor Cherelle Parker's transition team on the Housing, Planning, and Development Committee.  Before I delve into the invaluable lessons I've learned through the mentorship and guidance of Rahim Islam, I want to share a little about my journey as a returning citizen in 2014 from incarceration. Returning from incarceration was not only a challenge for me within the probation system but also with my community, friends, and family.  I had to demonstrate an unwavering commitment while implementing a concrete plan for my future to regain trust and pave a path for myself.

Upon my return, I embarked on various endeavors, including collaborating with notable figures such as Meek Mill, PNB Rock (RIP), and Lil Uzi, and established Fine Print BCL, an imaging consultant firm. One significant initiative of Fine Print BCL was spearheading the Free Meek Mill petition, which garnered hundreds of signatures advocating for Meek Mill's freedom. Subsequently, I played a pivotal role as the architect and strategic organizer for Reform Alliance, a criminal justice organization co-founded by influential figures like Meek Mill, Jay-Z, and others.

The pivotal role Rahim Islam played in my journey cannot be overstated. Prior to my incarceration, Rahim and I had established a strong relationship.  He supported all of my activities in the community to assist our youth and when I returned home, Universal had become an even bigger powerhouse. Under Rahim's leadership Universal had grown both organizationally and politically and their model for rebuilding many of our neighborhoods had been adopted by the city. Rahim was a clear leader in our city.

Notoriety and fame weren't his goal, real change in the African American community has always been his objective and when I returned home, he continued his mentorship and extended his support to me, guiding me through various projects and meetings and providing access to opportunities that significantly shaped my trajectory. His unwavering support during Meek Mill's trial, where he offered invaluable assistance in navigating community service mandates, further exemplifies his commitment to fostering positive change within our community.

Your Honor, Rahim Islam's impact extends far beyond his mentorship; it resonates within our community, where his dedication to empowering individuals like me has been a catalyst for transformative change. As you deliberate on Rahim's sentencing, I urge you to consider the broader implications of his contributions and the potential for his continued positive influence. I respectfully request leniency in his sentencing, recognizing his unwavering commitment to fostering positive change within our community.

Respectfully,
Dawud Bey
Fine Print Construction Inc.

*Dawud Bey*

May 23, 2024

Honorable Gerald A. McHugh
9613 U.S. Courthouse
601 Market St.
Philadelphia PA

Dear Judge McHugh,

I'm writing to you on behalf of myself and my mother Rev. Lousie Williams Bishop requesting that you grant leniency to Rahim Islam. While I've had several accomplishments over the years, none greater than being the proud son of my father, Jimmy Bishop, a Philadelphia radio icon, and my mom, the Rev. Lousie Williams Bishop.

My mom, who turns 91 in a few weeks, is a pioneer in the civil rights movement in Philadelphia. She was one of the iconic radio personalities on both WDAS and WURD radio for over 60 years, which are the voices for the Black community in the tri-state area. Her radio show was a staple in Philadelphia homes every Sunday spreading the good news of the Gospel of Jesus Christ and entertaining, encouraging, and edifying millions playing beloved gospel music. My mom has been credited with keeping Philadelphia calm following the assassination of Martin Luther King, Jr.

My mom has held a number of positions over her illustrious career and after nearly 30 years of political service, she retired in 2015 as a member of the Pennsylvania House of Representatives – 192nd Legislative. It was during this period that my mother and I came to work in earnest with Rahim Islam. Every community issue that my mother fought for was also being championed by Rahim Islam and they became very close colleagues. I was a Director of marketing for a retail business at that time, and I too began to work with Mr. Islam.

In fact, at my mom's urging, in 2010 I joined the Universal family and worked directly with Mr. Islam in the corporate office and saw firsthand the impact of Universal in our community. There would be no Universal without Rahim Islam, he literally injected his spirit of caring and compassion into the organization with the insatiable love he had for our community. Mr. Islam understood that our community lacked many of the "basic" needs which were both systemic and generational and Mr. Islam didn't just talk about the problems our community faced; he worked tirelessly in developing actual solutions. Drug and alcohol programs, job training, adult education, K-12 education, housing, business development represented a holistic approach to rebuilding our communities – the Universal Plan.

It is with this spirit that my mother and I ask you for mercy and leniency when you sentence Mr. Islam. His commitment and contributions to our city are the manifestation of an extreme high level of caring that he has had all his life. If you give him a 2nd chance, he will atone for his mistakes tenfold and complete what he has begun. Your Honor, there is just so much needed to be done in our community and unfortunately there is only one Rahim Islam.

Sincerely,

Louise Williams Bishop                    James Bishop, Jr.

June 15, 2024

Honorable Gerald A. McHugh
9613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Judge McHugh:

My name is Arnold Bolden, husband of over 39 years, and father to 4 adult children, all who are college graduates. I've owned my real estate brokerage company for nearly 40 years and then decided to take my career to a higher level and joined a national real estate franchise called REMAX where I was a top producer for 6 years in a row. I've also worked for other national real estate franchises, specifically Keller Williams and Realty Mark Associates. I'm an active member of the Philadelphia Masjid (church), an iconic Islamic place of worship and organization, and been its treasurer for the past 7 years.

Your Honor, I've known Rahim for close to 40 years and has always known him to being a very caring and helpful brother. In addition to our mutual Islamic interest, our relationship has extended to the business of real estate. We worked on several business opportunities together and I specifically remember working with Rahim to rebuild and redevelop targeted "zones" in the poorer areas of West Oak Lane. While we didn't have the success, we both desired, he never gave up committing untold hours for the betterment of that community. His drive and commitment are his unique specialty and it's in his DNA.

Rahim lent his time and energy to so many causes and was very supportive of me during a legal dispute regarding the direction of the Philadelphia Masjid. After a court decision that gave my group legal stewardship, I called on my friend and he helped me and my group restore the building back from disarray and put the organization back as an important asset to our community.

Rahim is a genuine leader and gem for our community, not dismissing the serious issues that has put him before your court, I (I can speak for so many others) hope and pray that you extend mercy and leniency when you render his sentence. I know that Rahim is embarrassed and sincerely remorse and humbled by this entire experience and if given a second chance, he will justify your decision.

Sincerely,

Arnold Bolden
Abhomes2c@gmail.com


**METROPOLITAN AREA OF
PHILADELPHIA/BALTIMORE/
WASHINGTON LABORERS'
DISTRICT COUNCIL**



**PHILADELPHIA OFFICE**
665 N. Broad Street, 5th Floor
Philadelphia, PA 19123
**Tel:** 215-684-2090 **Fax:** 215-684-0350

**BALTIMORE/WASHINGTON OFFICE**
9104 Old Marlboro Pike
Upper Marlboro, MD 20772
**Tel:** 703-390-9916 **Fax:** 703-860-8713

**Laborers' International Union
of North America...AFL-CIO**

www.ldc-phila-vic.org

May 8, 2024

The Honorable Judge Gerald A. McHugh
U.S. District Court for the Eastern District of Pennsylvania
9613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Judge McHugh:

My name is Ryan N. Boyer, and I serve as the Business Manager for the Philadelphia, Baltimore &
Maryland Laborers District Council, a coalition of six labor unions consisting of more than 10,000
members. I am also honored to serve as Business Manager for the Philadelphia Building and Construction
Trades Council, consisting of nearly 50 unions from Metropolitan Philadelphia. I am writing today on
behalf of Rahim Islam.

I have known Mr. Islam personally and professionally for over 30 years. As a leader in the African
American community, Brother Islam was a tireless advocate for quality schools and affordable housing
for thousands of working families.  In addition, he led efforts to unite the African American community to
help eradicate years of disinvestment and neglect by reinvigorating formally blighted communities.

Your Honor, I cite these accomplishments to provide some context for the type of human being my friend
Rahim Islam is. He has been a dedicated, contributing, and productive member of society and our city. I
know he feels tremendous remorse for his transgressions, and I also know he is committed to being a
contributing member of our community. I ask that you consider the entirety of his longstanding service to
our community as you determine his fate. The City of Philadelphia is a better place with Mr. Islam as a
part of it.

Please do not hesitate to let me know if I may provide additional information.

Sincerely,

Ryan N. Boyer, Sr.

**Business Manager**
Ryan N. Boyer, Sr.

**Secretary-Treasurer**
Samuel Staten, Jr.

**President**
James Harper, Jr.

**Vice President/Recording Secretary**
Esteban Vera, Jr.

Vanessa G. Brown
954 Musket Drive
Lansdale, Pennsylvania 19446

May 7, 2024

The Honorable Gerald A. McHugh
9613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Judge McHugh:

It is my pleasure to write a letter of support for our cousin, Rahim Islam, a defendant, before your court. Rahim and I share a strong family tie fostered by our mothers who grew up together in a close-knit working-class family in Philadelphia. I have known Rahim and his siblings all my life. It is without hesitation that I write to ask the court to show mercy in your sentencing related to the recent judgement declared against him. As a family who knows him well, we pray that you will grant him leniency to the extent possible.

Rahim, an honest, highly intelligent, sharp-witted, articulate, and resourceful young boy grew up to be a strong, stable, hardworking role model for his siblings, his cousins, and his own children. He has always been a thoughtful honest communicator and analytical person whose peaceful demeanor often gives a persona of age and maturity far greater than his own. Rahim has always been concerned about the well-being of his children and his siblings, especially in the years since the passing of both his parents and his grandparents. He never hesitated to address the needs of his family and or friends by helping in any way possible.

When his only sister, Evelyn, became seriously ill about a year ago, he was faithful to stand at her side while she was hospitalized and in a nursing care facility. I found him sitting and talking softly to his sister while playing her favorite gospel songs more than once, which gave her a lot of peace during what eventually became her last days.

Rahim Islam's entire community will be devastated by his absence if he is harshly sentenced. He is a man who is needed by his family in his home and in his community. Hence, we pray you will give this plea for mercy your utmost consideration.

Sincerely,

Vanessa G. Brown

Vanessa G. Brown, MEd
Former Director of Philadelphia Writing Project
University of Pennsylvania



**HQ**
**Mamie Nichols Center**
1529 S. 22nd Street
Philadelphia, PA 19146
215-336-5505

**COMMUNITY LOCATIONS:**

**Dixon House**
1920 S. 20th Street
Philadelphia, PA 19145
215-336-3511

**Houston Center**
2029 S. 8th Street
Philadelphia, PA 19148
215-468-1645,
ext. 7200 (t)
215-468-5573 (f)

**Pennsport Office**
241 McClellan St.
Philadelphia, PA 19148
215-468-1645, ext.
7300 (t)
215-468-8078 (f)

**Tasker Village**
Apartments -
1532 S 16th St,
Philadelphia, PA 19146

**ECE CENTERS:**

**Dixon Learning Academy**
2201 Moore Street
Philadelphia, Pa 19145
Phone: 215-334-2662
Fax:215-468-6980

**Lincoln Day Educational Center**
1839 Ellsworth St,
Philadelphia, PA 19146

**Western Learning Center**
1613 South Street
Philadelphia, Pa 19146
Phone:215-735-1261
Fax:215-735-2897

April 22, 2024

Honorable Gerald A. McHugh
9613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Judge McHugh,

I am Otis Bullock, Jr., CEO of Greater Philadelphia Community Alliance, a community-based nonprofit with a mission to break the cycle of generational poverty. I have been a friend, colleague, and mentee of Rahim Islam for the past 12 years; and a fan and student of his work at Universal Companies for the past 20 years. I write today to respectfully request your Honor's mercy and leniency in this matter.

Despite Rahim's recent troubles, he has meant so much for so many people including myself. The work that he has done to revitalize South Philadelphia over the last 30 years has been nothing short of remarkable. Moreover, he has played a pivotal role in mentoring and developing the next generation of young African American leaders like myself. Over the years, he has proven to be a man of his word.

Under Rahim mentorship and tutelage, I have grown from a young nonprofit executive to one of the most influential African American leaders in the city. We partnered on numerous projects together, co-hosted a radio show dedicated to developing a common agenda to uplift the African American community, and spent significant time together. We spoke daily. We engaged in strategic planning sessions weekly. Over my 12-year career at GPCA, I have grown the organization and its impact eight-fold. It is not an understatement to say that I could not have done it without Rahim's guidance and mentorship. I can truly say without any doubt in my mind that Rahim's heart has always been in uplifting the African American community.

At times, it is easy to judge the character of a man based upon his worst moment. I pray that your Honor considers the totality of Rahim's deeds and exercise mercy in this case.

Thank you for your time and attention.

Yours sincerely,

Otis Bullock, Jr.

**@gpca-phila.org**

To:     Honorable Judge Gerald A. McHugh
        9613 U.S. Courthouse
        601 Market Street
        Philadelphia, PA 19106

From:   George R. Burrell, Esq.
        440 S. Broad St. Unit 2506
        Philadelphia PA. 19146
        215-834-6599 (Cel)

Re:     Rahm Islam

Date:   June 1. 2024

    Rahim Islam has been a respected friend and colleague for over a quarter century. The relationship and our civic and professional work makes this request for leniency a privilege to write.

    As partner in two major law firms; President and General Council of two Black businesses; member of City Council and the cabinet of two Mayors; and COO at Universal, Rahim has been a constituent, client and co-worker. I have personally witnessed and respect his work ethic, leadership and unwavering commitment to Philadelphia and transforming Black quality of life across the economic spectrum. His contributions warrant careful consideration in deciding his future.

    More than thirty years ago Rahim, Kenny Gamble and Shaheid Dawan dedicated their time, talent and resources to transforming Mr. Gamble's childhood South Philadelphia neighborhood. Men with professional career options put their families at risk to lead in a a rudderless neighborhood, defined by prostitution, drugs, gangs, poverty and hopelessness.

    As Universal's CEO, Rahim led a team that became (i) one of the city's most respected and successful Black leadership organizations; (ii) the city's largest Black charter school operator; and (iii) realized the founders' vision. Because Kenny, Rahim and Shahied accepted the challenge, Mr. Gamble's neighborhood has been transformed and the foundation was laid for the transformation of center city from South Street to Washington Avenue. It is a trailblazing accomplishment and contribution to Philadelphia and center city, deserving greater respect and recognition than has been given to date.

    As Chief Operating Officer and a Universal consultant for several years, this request is grounded in first hand knowledge and work in the trenches. I have been blessed to work with great Black owned businesses, like Sturdivant & Company and PRWT, but working with Rahim and the Universal team was a high point.

    Rahim's legacy, as a change agent will be documented in Philadelphia history. It warrants serious consideration as his future is decided. Rahim also has a young daughter who needs her father in her daily life. I prayerfully and respectfully request leniency.

George R. Burrell, Esq.

LAW OFFICE
OF

# MICHAEL COARD

ONE LIBERTY PLACE
1650 MARKET STREET
WEST SUITE 3600
PHILADELPHIA, PA 19103
E-MAIL: MichaelCoardX@gmail.com

TELEPHONE: 215-552-8714                                        FACSIMILE: 215-425-0855

May 13, 2024

The Honorable Gerald A. McHugh
9613 United States Courthouse
601 Market Street
Philadelphia, PA 19106

RE:  <u>Sentencing of Rahim Islam</u>

To The Honorable Judge McHugh:

I am submitting this letter to respectfully request leniency for Rahim Islam.

By way of background, I am a graduate of Cheyney University and Ohio State University
School of Law. My resume includes my roles as columnist at the Philadelphia Tribune,
host of "The Radio Courtroom" on WURD96.1FM, adjunct professor of African
American History at Temple University, civil rights and criminal defense attorney (whose
practice is more than 50 percent pro bono), and community activist for more than 30
years- the highlight of which is my position as founder of Avenging The Ancestors
Coalition (ATAC) that led the eight-year initiative that culminated in the 2010 creation of
the Slavery Memorial/President's House at Sixth and Market Street where America's first
"White House"- occupied by George Washington- was located.

I have known Mr. Islam for nearly 20 years and have worked side by side with him in his
leadership role on several critical projects to support the Black community in
Philadelphia. Those projects not only included the aforementioned Slavery
Memorial/President's House but also the restoration and enhancement of the historic
Juneteenth celebration in Philadelphia as well as the "10,000 Men" project that focused
on organizing Black male volunteers to restore peace in Black communities that have
been victimized by rampant crime and lawlessness.

And there is more. Mr. Islam also helped lead the Kwanzaa Celebration, in which I assisted, to promote this cultural holiday during Christmas/New Years that restores essential "core" principles needed to sustain and rebuild Black families and Black communities

Mr. Islam also helped lead and I assisted in the Millions More Movement that harnessed the spirit of the historic Million Man March and implored civic and community engagement by Black men.

Moreover, Mr. Islam helped lead and I assisted in the Buy Black Campaign implemented around the Christmas holiday to encourage Black people to buy more from Black small businesses, which is necessary to combat a number of community ills and challenges.

The list of our collaborations and his leadership is extensive, and that is in addition to the tremendous and awe-inspiring work he accomplished at Universal.

Mr. Islam has always selflessly put himself on the frontlines for change in our city. I say "selfless" because it was never- I repeat never- for personal gain. Quite the contrary, his dedication and commitment have come at a tremendous personal financial cost and sacrifice to him and his family.

Accordingly, for all of the aforementioned reasons, I humbly and deferentially ask that Your Honor provide leniency to him equal to his contributions to our great city.

In closing, although I truly accept the verdict of the jury, I must point out that just as the best thing a person has done in his life doesn't completely define him, neither does the worst. It's the totality of the person that matters.

Respectfully,

Michael Coard
MC/sm

To: The Honorable Gerald A. McHugh
9613 U.S Courthouse
601 Market Street
Philadelphia, PA 19106

June 24, 2024

Your Honor:

My name is Samuel Coleman and I serve as an assistant superintendent for a school district in Wisconsin. Through my service to students, families, and communities throughout Wisconsin, I have had the pleasure of knowing and working with Mr. Rahim Islam for more than eight years. I first met Mr. Islam through a partnership with the City of Milwaukee Common Council and Milwaukee Public Schools aimed to provide middle and high school students with mentoring and leadership development opportunities. This targeted strategy identified and successfully supported hundreds of students who were otherwise not likely to complete school on time.

For the time that I have known Mr. Islam, he has been a mentor and role model to me and countless others. His demonstration of exemplary community leadership, commitment to growth, and thoughtful advocacy has influenced my trajectory as an educational and civic leader. Mr. Islam has a compelling ability to build the capacity of aspiring leaders, inspire hope in situations that appear bleak, and improve systems to increase access to opportunities for students. His leadership and ways of investing in thousands of youth has been highly impactful and I am a living testimony of his impact.

If you were to ask people who know Mr. Islam about the impact he has had on them or the communities he has served, themes would emerge about the ways he brings hope into every situation, his keen focus on solutions, and he will stop at nothing to make sure community members and students have the opportunities to take ownership in creating and stewarding the conditions in which they live, learn, and thrive.

Mr. Rahim Islam is a pleasure to have as an ally and it is with humility that I implore you to have grace and lenience as considerations are made regarding his journey forward. If you have any questions about this letter, please feel free to contact me.

Sincerely,

Sam Coleman, PhD
Assistant Superintendent
Email: Samuel.Coleman@Oshkosh.k12.WI.US
Mobile: (920) 718-0679

June 18, 2024
Honorable Gerald A. McHugh
9613 U.S Courthouse
601 Market St.
Philadelphia Pa.

Re: Request for Leniency for Rahim Islam

Dear Judge McHugh,

As a proud American and life-long Philadelphian, I've dedicated most of my adult life in pursuit of service. In addition to being an army veteran with 4 years active and 4 years in the reserve, I retired from the city of Philadelphia as Commercial and Industrial Fire Inspector with 28 ½ years of service. I've traveled the world teaching African and African American culture as a member of the Arthur Hall African American Dance Ensemble and helped build and create the first African American Museum in the state of Pennsylvania. I have participated with several charitable efforts helping the most under-served Philadelphians which includes working in the recovery community for over 37 years assisting people with long-term drug addictions find recovery and I'm also co-founder of the Nicetown Community Development Corporation and have served on the Board for over 20 years and presently Chairman of the Board.

My life completely changed when in 2018, my son William Aboaje Samir Crawford was a victim of violence and was brutally murdered. To honor his life and legacy, I founded and lead The Black Male Community Council of Philadelphia. I believe that the most valuable thing we have is our time and energy, used wisely it is more valuable than any material possession. At 72, I've committed the rest of my life to decrease violence in the City of Philadelphia and assist families of unsolved murders. In just a few years, we have created an oasis in the desert of programs, services, and educational opportunities to help heal those families suffering from unspeakable pain and grief. I would love for you to at some point come and visit us.

I have known and worked with Rahim Islam for over 30 years, and he has been an inspiration to me and so many other people. He has shown his love for the City of Philadelphia and those less fortunate. Rahim Islam influence can be seen in several underserved communities with massive and systemic changes that he has personally undertaken. I worked firsthand with Rahim Islam on one of those neighborhoods - Nicetown. Serving with him on the Nicetown CDC Board, we achieved historical success changing the landscape of the lower Germantown Avenue community. His energy, leadership and commitment are unmatched.

Your Honor, if anyone deserves leniency, he would be at the top of my list. Even though he's done so much good, Rahim has so much more to give to save our city. In a recent meeting with him, he has pledge to work with me to help build the capacity of my organization and support the legacy of my son. I pray that you will give Rahim Islam some grace and mercy by giving him

leniency and taking into consideration of all the good works he has done over the years and what his future contributions would be.

Sincerely

Stanley Crawford

Honorable Gerald A. McHugh
9613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

**Request for Leniency - Abdur Rahim Islam**

Dear Judge Gerald A. McHugh:

I am writing this letter to support Mr. Abdur Rahim Islam and request mercy and leniency during his sentencing. My name is Dr. T.L. Omowale Crenshaw, I am the co-founder of Grupo Mecca Colombia, a real estate and economic development organization based in Cali, Colombia. Our organization focuses on developing housing, educational facilities and industrial parks serving vulnerable communities of African and Indigenous decent in the Pacific region of Colombia.

In addition to my entrepreneurial activities, I am a professor of international business at the Universidad Santiago de Cali, and a lecturer at African Leadership University in Kigali, Rwanda, where I teach courses focused on doing business throughout the Africa continent. I also direct a summer real estate bootcamp targeting rising high school juniors and seniors of African American and Hispanic heritage at Howard University in Washington, DC. Our program, with our partner institutions; MIT, NYU, Roosevelt, Cornell and Harvard universities, have a clearly defined objective of growing the pipeline of real estate professionals from underserved communities.

I began my real estate career under the tutelage of Mr. Abdur Rahim Islam in January of 2003 at Universal Companies. I initially served as the Executive Vice President of Operations for Universal my first year, I was then promoted to Executive Vice President of Real Estate Development my second year. I will forever be indebted to Rahim for the time he spent with me over many hours and year imparting his knowledge, wisdom, perspective and insights that he shared with me during our time together. To this day, 21 years later, I still approach development strategy, analyses, and execution based upon the many conversations and detailed experiences I learned from Rahim.

With Rahim's encouragement, I obtained a Master of Science in International Real Estate Development from the Johns Hopkins University. He was very adamant about the need for me to "study my craft". A few years after Universal Companies, I had one of the most profound experiences of my professional life. I had the opportunity to return to my undergraduate alma mater, Howard University, where I led real estate development and capital planning. My group of over 35 real estate professionals was responsible for managing the 6.5 million square feet of the University's physical facilities across four campuses. Under my leadership, we executed over $300MM of institutional development

including the renovation and construction of new academic buildings, residential halls, green spaces, as well as the University's ancillary commercial real estate holdings in and around campus. Again, much of my experience, leadership, and knowledge was obtained during my time working with Rahim at Universal Companies.

Finally, I'd like to share that as I embarked upon working with the Afro-Colombian community here in Cali over 10 years ago. I was asked to assist educators and education professionals in Colombia, who were grappling with several issues regarding facilities, displacement, food insecurity, and housing insecurity. I spent many hours in the Universal Charter Schools and served on the board of an outside charter school network during my time in Philadelphia. I learned from Rahim and became intimately aware of the connection between housing and education as critical pillars to a stable community.

It became apparent to me that I needed to learn more about the Colombian education system. With the objective of "studying my craft", I pursued a doctorate degree in education at the University of Southern California, where my focus has been on developing purpose-driven leadership academies serving Afro-Colombian and indigenous youth. I completed my doctorate degree in September of 2023, less than 10-months ago. I couldn't help but think of the many conversations that Rahim and I shared. I was learning so much new information about the historical connection of Colombia's population of African descent, the under-investment, and what the challenges would be to developing a viable impactful strategy to support these communities. I felt very confident I'm my ability to execute this strategy, because its similar to what I had learned from Rahim at Universal.

I therefore humbly request mercy and leniency for Mr. Abdur Rahim Islam. He is a good-hearted family man, who cares deeply for the community he has severed for over 30+ year. In addition, as mentioned previously, he has been a wonderful mentor for me throughout my 20-year real estate and community development career. Without my experiences under the tutelage of Rahim, I would not be the person (professionally or personally) that I am today.

Please do not hesitate to contact me if you need additional information or if I can further underscore the value that Rahim has meant to our community and me personally.

Sincerely yours,

Dr. T.L. Omowale Crenshaw
Managing Director
Grupo Mecca Colombia

Omowale.crenshaw@grupomecca.com
USA: +1.202.492.6343
Colombia: +57.321.441.3518

# Noel Eisenstat, LLC

SUITE 1900
1700 MARKET STREET
PHILADELPHIA, PENNSYLVANIA 19103
215 574-5890

Honorable Gerald A. McHugh
9613 US Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Judge:

My name is Noel Eisenstat, I live in Philadelphia. I am a law school graduate, was admitted to the Bar in 1992. I never practiced law and have been on inactive status for about 20 years. I am an independent consultant, focusing on project finance and community development.

I have known Mr. Rahim Islam for more than (30) years. We first met in the 1990s, shortly after Universal Community Homes was founded. I was in a leadership position at the City's Redevelopment Authority. I assisted Mr. Islam and Universal in acquiring and financing real estate for the benefit of low-income families in need of clean and safe affordable housing. Then, in the early 2000s, I worked with Universal again as a consultant funded and directed by Fannie Mae to develop a plan for renovation and new construction of infill housing in the area south of South Street. I assisted with the development of the plan, the acquisition of real estate, and arranging financing for the growth during the construction phase of the development.

Universal was a very positive force under his leadership. I know Mr. Islam personally and I know his commitment to our city, and I believe Mr. Islam recognizes his mistakes and poor judgment and is remorseful. As part of his restitution, Mr. Islam has specific skills that low-income communities could benefit from. It would be of no benefit for Mr. Islam to be incarcerated.

Sincerely,

Noel Eisenstat


FENNELL MEDIA

May 6, 2024

Honorable Gerald A. McHugh
9613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re: Request for Leniency

Judge McHugh,

Allow me to introduce myself. My name is Art Fennell. I am a retired journalist and broadcaster who spent more than 25 years broadcasting the nightly news in Philadelphia for NBC 10 and Comcast from 1990-2015. During my tenure as a broadcaster, I was able to get to know many of Philadelphia's Elected Officials, Movers and Shakers and prominent figures from various professional stations in life. One such person was Rahim Islam. In fact, for several years I had the occasion to interact frequently and even partner with Mr. Islam, Mr. Gamble and others at Universal Companies, as we did work together to foster a better community for the cities underserved populations. I found this work to be important and satisfying because I truly believe we were making a difference. Mr. Islam was very instrumental in this effort.

While I have since relocated to the South and have not been active in Philadelphia news matters and political circles for quite some time now, I am not deeply familiar with the details of Mr. Islam's case. I write this letter however, based on the character of the man whom I have known for many years. Your Honor, I am sure you will agree that each case before you bears its own merit, and everyone is different from the next. I can personally speak to the good works and deeds that I witnessed from Mr. Islam. His legacy in Philadelphia is unmatched and I don't think he's at all finished.

It is for these reasons and many more that I ask for leniency on Mr. Islam's behalf.

With all sincerity and Integrity,

Art Fennell
Emmy-Award winning Journalist.
Retired

May 15, 2024

Honorable Gerald A. McHugh
9613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re: Rahim Islam – Request for Mercy and Leniency in Sentencing

Dear Honorable Judge McHugh,

My name is Trina Gandy, a psychotherapist with Rogers Behavioral Health, a small business owner, former K-12 educator of 24 years in the city of Milwaukee as a teacher, academic dean, assistant principal, executive principal, and director of special education. As well as the former Dance Master for 20 years with the Ko-Thi Dance Company, Wisconsin's oldest African American arts organization.

I was introduced to Mr. Islam in 2012 by Ronn Johnson, the former Vice President of Charter Schools for the YMCA/Young Leaders Academy, when I served as Executive Principal. Mr. Johnson was a longtime advocate of high-quality educational opportunities for marginalized children in the city of Milwaukee and Mr. Islam was on a mission to duplicate Universal Companies educational footprint in Milwaukee. Mr. Islam and Mr. Johnson connected quickly and joined forces. Mr. Islam left such an impression that Johnson visited Universal Companies in Philadelphia and was immediately inspired by Mr. Islam's work ethics and his commitment to work endlessly to positively change underserved communities. During Ronn Johnson's visit, he was appointed to Executive Vice President for the Midwest Region by Mr. Islam. After 20 years of dedication to the YMCA, Johnson resigned to finish his life's' work with Mr. Islam and Universal Companies. Ronn believed in Islam's mission and was excited to take on the new role.

I attended a meeting with Mr. Islam, Ronn Johnson, and the YMCA's President. The president revealed that he conducted a background check on both Mr. Islam and Universal Companies. He discovered they were both well-known and well respected in Philadelphia for improving communities through real estate, education, social services, and wellness. The president was fascinated with Mr. Islam's dedication to improve his community and now selflessly expanding his life's work into the Milwaukee area. I was also inspired with Mr. Islam's leadership, dedication, and mission driven values to positively impact communities. Mr. Johnson and I spoke daily about the exciting educational opportunities for children that Mr. Islam brought to the city of Milwaukee.

I joined Universal Academy for the College Bound (UACB) in February 2015 as the founding high school principal. I observed educators gravitate to the mission and was eager to join the Universal team. Mr. Islam brought positive energy and staff were motivated to help bring Mr. Islam's vision of educating the whole child into fruition. When Mr. Islam visited the schools, his primary concern was the well-being of the students. He often showed up to support student agendas and to speak with students and staff, where he motivated, empowered, and inspired them into action. His vision was different from traditional schools where he brought a holistic approach to educating the child. Mr. Islam provided job

opportunities and hope to students, staff, and the community of Milwaukee. The enthusiasm and high energy instantly left with his absence and Universal Companies' exit. Mr. Islam is a servant leader who serves unselfishly to improve lives.

I have witnessed first-hand the love, care, and nurturing that Mr. Islam provided for his daughter who is now eight years old. Mr. Islam traveled monthly to Wisconsin to care for his daughter to ensure she had a father in her life, and he never once complained. Mr. Islam's daughter loves her father and will be devastated without him in her life. Please consider their relationship, along with the relationships and love shared amongst his other children and family members who loves him deeply. His life's work is undone with uplifting communities, and I humbly ask you for mercy and leniency during sentencing. Thank you for your time and consideration.

Sincerely,

Trina Gandy

1342 S. Chadwick Street
Philadelphia, PA 19146

May 3, 2024

Honorable Gerald A. McHugh
9613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

RE: Request for Leniency

Dear Honorable McHugh,

My name is Sharmaine Gibson. I am a life-long resident of South Philadelphia. I was a volunteer at Universal Audenreid High School for over four years. During my tenure at Audenreid I had the privilege to meet and work closely with Mr. Rahim Islam and his organization in the academic realm.

Mr. Islam always displayed a professional and kind demeanor when dealing with the educators, staff, scholars (students) and volunteers in the educational environment. He routinely spoke with staff, students, and parents and he genuinely cares about the academic development and the physical and emotional growth of our scholars. He always applauded their accomplishments and brilliant ideas for advancement. He encouraged them to strive for excellence in their endeavors. He has been a pillar in the community and a positive role model for the young people to look up to.

I am pleading for the mercy of the Court to grant leniency when deciding on the sentencing for Mr. Islam. We need more gentlemen like him in our community to mentor and lead our youth. Thank you for your consideration in this matter.

Respectfully submitted by,

Sharmaine Gibson

June 5, 2024

Honorable Gerald A. McHugh,
Judge
U.S. District Court for the Eastern District of Pennsylvania
9613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Hon. Judge McHugh:

I am a lifelong resident of South Philadelphia and have been a homeowner on 1300 block of Webster Street for 60 years, right in the heart of Martin Luther King community, a neighborhood which was completely revitalized.
I met Mr. Islam at a community development meeting, nearly 25 years ago when he began to revitalize our neighborhood – our neighborhood was undergoing a major developmental change. The residents' concerns were many and had begun to escalate. Until the neighborhood residents' concerns were addressed, which were many, including believing that this effort could force them to lose their homes, the residents needed answers and assurances.

Mr. Islam worked tirelessly and was instrumental in helping the residents to understand the process; opened communication with the other developers; defined the rights of neighbors and public housing residents; and describe any/all options afforded to them by both public and private sources. He demonstrated himself to be a person that was truly concerned with the development of improvised neighborhoods for the benefit of the community and not the other way around. His straight forwardness was often not accepted by all, but most understood his intentions was to help them and his commitment and work lasted for years. I learned a lot regarding the gentrification of neighborhoods and his efforts helped to ensure that many poor African American families were not relocated.

Your Honor, I asked that you please be lenient with Mr. Islam's sentencing he is most definitely deserving of such. His tenacity and strong desire to help, especially those less fortunate, got us through a very daunting and stressful time that we all can be very thankful for.

Thank you for your time and consideration

Claudia Gordon

7151 Boyer Street
Philadelphia, PA 19119
Dereksgreen7@gmail.com
(215) 205-4988

May 28, 2024

The Honorable Gerald A. McHugh
9613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

RE: Rahim Islam

Dear Judge McHugh

     The purpose of this letter is to request a measure of leniency in the sentencing for Rahim Islam.

     I first met Rahim during my time as a Chief Legislative Aide & Counsel to former Councilmember Marian B. Tasco. It was during that time I saw his interest and commitment to improving the lives of members of the African American community of Philadelphia. In addition to working to improve economic development opportunities for this community (particularly in South Philadelphia), he also focused on enhancing the education opportunities for young people.

     Later, and as a member of City Council, Rahim continued to enhance this work throughout Philadelphia. In addition, he partnered with other leaders to develop the Philadelphia Community of Leaders ("PCOL"). This organization convened leaders of various sectors and industries in an effort to work collaboratively to address the issues that plague Philadelphia's African American community. Through his work, a diverse array of leaders came together, on a regular basis, to identify ways to work collectively to address critical and systemic issues.

     Considering this work and background, I hope that you will provide a measure of leniency in his sentence.

     Thank you for your time and consideration.

Sincerely,

Derek S. Green, Esquire

Jasmine Hall

3845 N 16th Street

Philadelphia, PA 19140


Tuesday April 16, 2024


Honorable Gerald A. McHugh

9613 U.S. Courthouse

601 Market Street

Philadelphia, PA 19106


Dear Judge McHugh,

I am writing to you to ask for grace in your decision to sentence Rahim Islam.

He is the patriarch of our family and means a lot to all of us. For me I did not have a father in my life and my Uncle Rahim was a strong father figure in my life, as he would always include me in all of his family activities. He exudes a warmth and a love to cover all of us. I ask for lenience in his favor because he is our rock, leader and heart of this family. I pray that you will consider the impact his sentencing will have on me and our family as a whole.


Thank you Judge Gerald for your patience and consideration on this.


Sincerely,

Jasmine Hall

Jasmine Hall

May 13, 2024

Honorable Gerald A. McHugh
9613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Judge McHugh:

As a healthcare executive deeply committed to serving disadvantaged communities, I am writing to you today to advocate for leniency and mercy in the sentencing of Rahim Islam.

My name is Lovell Harmon, and throughout my career, I have dedicated myself to uplifting those in need. From my role as Chief Operating Officer for a health administrator in Georgia to my position as CEO of a community-based insurance agency focused on assisting seniors with Medicare, I have always strived to make a meaningful difference.

My journey has been shaped significantly by my collaboration with Rahim Islam, a mentor whose leadership and guidance have profoundly impacted both me and my family. Under his tutelage, I learned the importance of holistic community engagement and the interconnectedness of organizational, communal, and individual needs. Together, we worked tirelessly to empower families transitioning from public assistance, youth seeking educational and vocational opportunities, individuals in recovery from addiction, and former inmates striving to reintegrate into society.

Rahim Islam's humanistic approach to leadership inspired me to bring my "complete" self to the service of others. His unwavering belief in the potential for positive change within communities has left an indelible mark on me, instilling in me a deep sense of responsibility and compassion.

While I acknowledge the gravity of Rahim's actions and the necessity of accountability, I firmly believe in his capacity for redemption and his potential to continue making invaluable contributions to our community. Rahim is acutely aware of the consequences of his actions and is filled with regret and remorse. However, I am confident that given the opportunity, he will channel this remorse into a renewed commitment to serve and uplift others.

Your Honor, I implore you to consider not only Rahim's past contributions but also the positive impact he can make in the future. By extending leniency and mercy in his sentencing, you will not only allow Rahim the opportunity to atone for his mistakes but also enable him to fulfill his potential as a positive force within our community.

Thank you for your consideration.

Sincerely,

Lovell T. Harmon

May 18, 2024

Honorable Gerald A. McHugh
9613 U.S. Courthouse
601 Market St.
Philadelphia PA

Your Honor,

I am writing to you with a heartfelt plea regarding the upcoming sentencing of my father, Rahim Islam. As you prepare to make this important decision, I humbly request your consideration of the significant impact it will have on my family, particularly in relation to my impending wedding. I am deeply saddened by the circumstances that have led to my father's involvement with the court, but I firmly believe in his capacity for redemption and the possibility of a brighter future ahead.

As I plan for one of the most important days of my life—my wedding—I cannot bear the thought of my father's absence. I implore you to consider the opportunity for leniency in my father's sentencing, allowing him the chance to be present for this momentous milestone in my life. I believe that witnessing the celebration of love and unity at my wedding would serve as a powerful reminder of the positive aspects of life and motivate him to strive for a better future.

I also ask that you take into consideration my father's age. At his age, my father is at a stage in his life where every moment is precious. He has worked tirelessly throughout his life, providing for our family and being a pillar of support to an untold number of other families in our community. Now, as he faces the consequences of his actions, I cannot bear the thought of him spending his twilight years behind bars.

Your Honor, I respectfully request your compassion and understanding as you deliberate on my father's sentencing. Please consider his age, contributions to our family, the tremendous accomplishments made in our city, and the profound significance of his presence at my wedding. Thank you for considering my heartfelt plea. I am available to provide any further information or clarification you may require.

Sincerely,


Aminah Islam

Fatimah Islam

1124 Matteo Drive

Wilmington NC, 28412


Honorable Gerald A. McHugh

9613 U.S. Courthouse

601 Market Street

Philadelphia, PA 19106


Dear Honorable Judge McHugh,

I am requesting leniency and mercy for my father Abdur Rahim Islam. My dad has been a revolutionary person in my life. He has spent all of his life learning and striving for better, he's not afraid to change and show us a better man than yesterday and an even better man for tomorrow. From the moment I became a part of his life at the tender age of four, my father has been a guiding light, a pillar of strength, and a source of inspiration. As his eldest daughter, I have had the privilege of witnessing his growth resilience and unwavering commitment to our family and community.

While pulling himself out of impoverished boyhood, he right away morphed into a man, becoming a teen parent of two young children myself and my little brother and providing for a young wife and growing family. Despite challenges, he always embraces the role of responsibility with unspoken courage and determination.

My mother often spoke of him with pride, highlighting his dedication as a provider. I have seen firsthand the sacrifices he has made to ensure our well-being, both materially and emotionally. As a public school teacher of 20 years, and a mother of three, he instilled in me values of hard work, dedication, integrity, forgiveness and faith, traits that I carry with me as if they were ingrained in my blood not as his step daughter but as his first daughter.

His commitment to service, rooted in his faith and fueled by his interactions with others, has touched countless lives and inspired positive change in all of his children and the community. I may not know every detail of my father's past or understand every decision he has made, but what I do know is that he is a man of integrity, resilience, and

compassion. He has taught each of us to never stay stuck on past mistakes but instead to focus on creating a better version of you. I believe that my father's continued presence in our lives, free from confinement, is essential for him to continue his active journey of growth and service. His freedom is not just for his own benefit, but for the betterment of our family and the broader community he serves tirelessly.

In conclusion, my prayer and my plea is that you strongly consider my father's overall contributions to our family his community, and his potential for continued positive impact when you impose your sentence. Thank you for taking the time to read this letter and for your careful consideration and review.

Respectfully,

His beloved daughter

Fatimah Islam, M.Ed.

May 3, 2024

The Honorable Judge Gerald A. McHugh

9613 US. Courthouse

 601 Market Street

Philadelphia, PA 19106

Re: Defendant Abdur Rahim Islam

Dear Honorable Judge McHugh,

My name is Khalid Islam, son of Abdur Rahim Islam. I'm 41 years old, engaged with two beautiful daughters. I'm writing this letter to plead for leniency on behalf of my father. My father has been a hero, to myself and countless others through his work in his community and wanting better for the people around him.

My father is a leader, loving father and the example me and my siblings follow. He is dependable and someone I can count on to keep me straight. There hasn't been a time in my life good or bad where I have not come to him for his approval, advice, celebrations.  I am pleading with you Honorable Judge McHugh to find it in your heart to have mercy on our father with your decision.

Sincerely,

Khalid Islam

May 28th, 2024

Honorable Judge Gerald A. McHugh
9613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Judge McHugh,

   My name is Mecca Islam I am a thirty-one-year-old neuroscientist. My research is focused on the areas of traumatic brain injuries and recovery pathways. I am my father's eldest daughter and we have always had a unique bond. Ever since I can remember, I shared with my parents that I wanted to be a scientist. My father keenly knew many of the summits I would be forced to commandeer to bask in such glory. He always supported and encouraged me.

   My father has been committed to my personal and academic goals. He has supported all of my successful academic endeavors. I graduated as a member of the honor society and the top 5 of my class from Lamberton High School. I then went on to attend Howard University where I graduated with departmental honors in Physics. I continued to obtain my Master of Science in Physics from Northwestern University. From my first science fair in elementary school to the scientific academic conferences I attend now, my father has been with me every step of the way. Not only has he supported me financially, but he has also attended significant personal and academic events in my life with unbridled enthusiasm as if they were my first.

   My father has been an absolute constant in my life and a tremendous positive influence - we are extremely close, and our relationship is a reflection on who I am today. His presence in me can be seen through my research projects that has the goal of helping the health and well-being of many. In many ways, I am my father's daughter.

   Throughout my life I have witnessed my father's dedication to the communities and citizens of Philadelphia and beyond. He committed a considerable part of himself to uplifting the city's marginalized and vulnerable members. His childhood gave him keen insights into the struggles of others. He has allowed the hardships in his life to fuel his compassion and determination to make a difference in the lives of others. I am pleased with and very much appreciative of my father for the countless children, families, and communities that have benefited from his efforts. The impact of his work is immense. It is tangible. It is real.

   My father's tutelage has made a difference in Philadelphia at a significant personal sacrifice. As an adult, I've come to truly admire my father's selflessness and giving spirit to help those less fortunate. I now know it's not easy. My father's example has significantly influenced my journey to become an advocate, a helper, a problem solver, and a voice for those who may not always have one.

As his child, I knew that while I was important, his work sometimes overrode my daughter-to-father needs. I have come to respect him immensely. I can see the incredible outcomes of his selflessness.  I witnessed the rebirth of people, the renewal of neighborhoods, the transformation of low-performing schools, and the enhanced experiences of many.

It is with a heavy heart, the unabridged love I have for my father, and the gratitude of being a Philadelphian, I beg your Honor for leniency in the sentencing of my father.

Sincerely,

Mecca Bennta Abour-Rahim Islam

May 20, 2024

Honorable Judge Gerald A. McHugh
9613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Honorable Judge McHugh,

My name is Medina Islam, and I am humbly writing this letter regarding the upcoming sentencing of my father, Rahim Islam. As the 2nd oldest of five daughters, I believe I can give some insight into my father's true character, and why I believe he deserves mercy and leniency from the court.

My father has had a sense of stability and security in not only my life, but the lives of so many around him. I have watched him sacrifice his time, energy, and even his health to create the best life he could for his children and his community. Growing up, I didn't always understand the sacrifices he was making, nor did I care. But now that I am an adult and have greater competency for the work he was doing, I have a deep sense of respect and admiration for my father, and all that he has done to build up communities that were often overlooked.

As I reflect on my entire childhood, I can't think of a time when I ever called my father, and he did not come to my aid in any way that he could. Whether I was in high school creating a business plan for my entrepreneurship class, or if I was in college studying for an accounting test. If I called my father and needed assistance, he would move mountains to help me in any way possible. My father has shown me time and time again what true selflessness and sacrifice looks like, and that his generosity and willingness to help knows no bounds.

I ask that you consider all the lives that my father has changed over the span of a 25+ year career. There aren't many places you can go to in Philadelphia without seeing the effects of my father's hard work. My dad traveled so much throughout the year for nearly a decade because of how deeply he believed in his cause. From several back surgeries, countless knee surgeries, and the pain of missing out on family events, my dad has broken his body down because of what he was trying to build up. His blood, sweat and tears are literally etched throughout the city and his work will impact generations to come.

Your honor, I respectfully and humbly request your compassion and understanding as you make this decision on my father's sentence. This decision will have lasting effects and will undeniably change the lives of my entire family, especially my youngest sister Evelyn who is only 8 years old and suffers from sickle cell disease. I beg that you also take into consideration my father's age, his contributions to our family, and his unwavering commitment to the advancement of his community at large. I appreciate you considering my heartfelt plea, and I am available for any further assistance or clarification.

Medina Islam
Cell #267-559-8631

June 12, 2024

Honorable Judge Gerald A. McHugh
U.S. Federal Judge
9613 U.S. Court House
601 Market St
Philadelphia, Pa 19106

Good day Judge McHugh

My name is Muhammad Islam. I am the son of Rahim Islam and the first son of Renee Hill.

Where do I start. Growing up I wasn't the perfect child whatsoever. I did well in elementary and middle school academically but always had trouble with my behavior. I wasn't horrible, I just wasn't the model student either. I attended all my schooling at my father's schools. High school was a little rougher for me. I went to Universal Audenried Charter High School. It was a lot of distractions and temptations to throw me off and to get easily influenced to do wrong. But at the end of the day, I got through and graduated. Thanks to 2 major factors that both involve my father's actions.

The first factor was his influence on my life. The conversations we had I thank him every day for because I don't know where I would be if we didn't have them. Also just seeing him every day go outside and fight for what he needed to do to improve and to change the community. And that leads to the second factor which is the impact he had at my high school. Over the 4 years going to that school, you could see the changes happening in front of your eyes. The different programs, more extracurricular activities, the change of rules and plenty more. Even the change of the cafeteria lunch. I could see the students get more and more into striving to graduate and wanting to succeed. If those changes weren't made it would've been a completely different outcome for me and my graduating class. So, I am more than thankful of him for helping me and the kids my age that are in worse situations as I succeed and feel that we aren't getting pushed aside.

Another thing I realized growing up is the effect that my father had on the people of the black community in Philadelphia as a whole. I went to a lot of meetings, banquets, community events etc. with my dad and the way I seen people act towards him was like no other. Everyone had the upmost respect for him, and the majority admired his work and the passion that he had to save our community. We couldn't go anywhere in the city and he not get stopped to a firm handshake or hug and of course a "Thank You". My father is the hardest working human being I've ever seen and the most selfless. Fighting for his community was the thing that made him happy. Blood, Sweat, And Tears. He fought and fought. I still have him as a role model and go day by day trying to be my best version of him. He is an amazing father figure and activist for the black community

Me personally my father is the jack of all trades. The fact that he was outside fighting for his community every single day and being a full-time father is just not normal. He was there for me and all my other siblings no matter what. He didn't miss a graduation, a birthday, a parent/teacher conference, not even a vacation. He was always there for me and I could call him at any time, and he would pick up and that's why I respect him so much. I say all of this to say my father is a very good man. He fought for his people and loved his family. And I couldn't ask for a better father figure than that. I hope you read this letter and find some leniency in your heart for my father because our community, my other siblings, and I need him in my life.

Thank you.

Muhammad Islam

MFI Law Group, PLLC
1500 Chestnut St.
Ste. 2, #1481
Philadelphia, PA 19102



Licensed to Practice Law:
  Pennsylvania
  Georgia

May 20, 2024

Honorable Gerald A. McHugh
9613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Judge McHugh:

I am writing this letter on behalf of my father, Abdur-Rahim Islam. My name is Mu'min Islam and I'm a father of 6, and brother to 11 siblings with approximately 16 nieces and nephews (he has 22 grandchildren) as part of the Islam branch of the Jenkins tribe which also includes 4 uncles (1 deceased) and 1 deceased aunt with approximately 10 first cousins (his niece and nephews). My father, who recently celebrated his 67th birthday is the de-facto leader/patriarch of the Jenkins/Islam tribe not because he's the oldest, because he is our leader and provides counsel and support to so many.

My father has been an integral part of my entire life, and his role was magnified when my mother passed away from cancer in 1995. I was only 15 and her passing devastated me for several years requiring the love and guidance of my father who was also in the throes of building Universal. I was able to graduate from Northeast High; BA, Temple University; MBA, Temple; JD, Sanford University and secured several professional certifications and educational accomplishments (I recently was approved by the NFL as a player agent).

I've been an attorney with sixteen years of practicing law and my practice includes public/charter school special education litigation, personal injury, and general corporate. I have had the pleasure of litigating disputes before Your Honor and know you to be an even keeled principled judge. In this vein, I am writing to request your leniency in the sentencing of my father. Although I clearly have an inherited interest in his fate, I attempt to write this letter to briefly describe my father as both my dad and father to the city of Philadelphia.

I had a front row seat to my father's efforts to improve the life of those less fortunate. While my brothers and I would've loved to have more of him, he never wavered from his belief that life is best lived when you're giving and not receiving (my father is a giver). My father founded Universal Companies in the 1990's and I (in 9th grade) and my 2 brothers relocated from a very secure home and neighborhood to live in a small apartment in South Philadelphia to begin living the Universal experience that I will never forget.

We lived at that time on 15th and Christian which had regular prostitution walking the streets at night, there were at least 2 – 3 crack houses on our block and at least one "hourly" motel which was used as a drug infested prostitution hotbed less than two blocks from our home. In fact, in 1996 I worked part-time at a supermarket on 15th and Spruce. During the evenings walking home I would walk past prostitutes openly working the "streets" and cars soliciting. There was no police presence. I saw h



MFI Law Group, PLLC
1500 Chestnut St.
Ste. 2, #1481
Philadelphia, PA 19102

Licensed to Practice Law:
Pennsylvania
Georgia

**LAW GROUP** PLLC

homelessness on the corners and drug dealers openly selling drugs. It was a lot, but it was life immediately past South Street in the late 90's as the neighborhood was renamed to southwest center city.

I tell this story because what changed this neighborhood was the work of my father and Universal Companies. He began developing hundreds of units market and affordable housing replacing vacant lots and vacant properties; revitalizing a massive public housing development; opening charter schools; operating a job training program (the largest in the Commonwealth); a drug and alcohol program; a Technology Center providing free internet access to the neighborhood; playground and open spaces, several murals, a business support center that worked with a number of small business connecting them to all the enterprises Universal had undertaken and more; and a newly constructed mini market that was the envy of the community. My father invited almost everyone to see firsthand what they were doing (i.e. Governors, Mayors, Council People, Bank and Corporate Presidents, Media, etc.,) – it was a nonstop enterprise with my father at the helm.

Universal wasn't any overnight success, it took a lot of work and sacrifices from my father mainly who took the bulk of the challenges to maintain the growth of the organization. I know firsthand because I held several roles at Universal from supporting marketing to being legal counsel and I knew that Universal, like most minority businesses, was under capitalized and pushed my father to seek alternative measures of capitalization and new opportunities. Thus, the plan became to search for opportunities to duplicate Philadelphia's efforts in other locations. I recall my father being on the road more than 5-6 days a week for business meetings across the country. He traveled anywhere and everywhere to gain the ear of a politician or corporate partner for the next project.

My father had a belief in "No Excuses" model which meant he wouldn't make an excuse for being unable to do what is needed and he lived that and along the way it was very costly to our family. He was changing lives and changing minds in underserved communities across America utilizing a holistic approach to repairing a community. I can go on and on, because I was in a front row seat, but will conclude that there is another side to this entire journey and despite the many challenges accomplished more for so many than we will ever know. There will be families and children that will benefit from my father's efforts for years to come and my father's name will never be mentioned and that's okay – he never sought recognition, he only sought results. It is my humble request you give every consideration to what went into the making of Universal as you judge what went wrong.

Sincerely,

June 13, 2024

Honorable Gerald A. McHugh
9613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Honorable Judge McHugh,

I am writing this letter on behalf of my father, Abdur-Rahim Islam who is currently facing sentencing in your courtroom. I am reaching out to you in the hopes of appealing to your sense of compassion and understanding in his sentence. My name is Raheem Islam and I'm my father's oldest biological son. I must make that distinction as I have an older brother and sister that my father also raised when he married my mother. But we never spoke of any of that growing up, we were just one family.

As I write this letter, I realized that my father's impact on my life is so profound I'm unsure where I would be without his guidance and leadership. When my life has been most difficult often it was my father who was able to help me through. Each stage of my life he has tried to put me and all my siblings in situations for us to succeed. And has shown me by example of what it is to be a man there are so many examples, but I'll be remiss if I didn't share a few.

I was blessed to attend and graduate from one of the finest academic high schools in the city CENTRAL High School (256). I excelled as a two-sport athlete ultimately becoming one of the best in the city and state. Life at CENTRAL wasn't easy for me. In fact, my freshman year was the first time my report card didn't show all "A's". I wanted to quit. I wanted to go to "an easier" school where I know I would see the same success in the class that I got on the field and court. I not only successfully completed high school, but I also graduated from West Chester University as an undergraduate and master's program. I expressed this to my mother who at the time was extremely sick from Cancer and reaching her final months on earth (of course we didn't know this).

My parents were separated at the time, and I was living with my mother. I told them both I wanted to transfer. They both said OKAY, and I went to the school and got all the paperwork I needed, and I just needed signatures from both parents. My dad came over and my mom and I are seated together on one side of the dining room table. My dad walks in, sits down and starts to look over the paper. He dramatically grabs a pen and starts to sign his name. He pauses and says "you haven't even tried your best; I've seen your best. But if this is what you want to do, I'm okay with it."

The very next second he gets up, drops the pen on the table and says "if I let you quit this hard thing now, quitting will become easier for you and you're going to quit more things moving forward, so I'm not signing it and he left. I was 14 and I didn't know it then, but my life was about to be filled with new and challenging obstacles and with every hard turn, quitting was always a thought but never a reality for me. When situations got tough, I got tougher, and I figured it out because he wouldn't let me quit. At one point growing up my father was working two full-time jobs while attending Lasalle University my father had custody of me and my 2 brothers. I watch as he cooks dinner, cleans the house and never misses a parent conference in school. I would wake up to ironed clothes hanging on our door and 3 brown bags filled with lunch. I had to get my brothers up and off to school and when we got home, I had to heat the dinner up my dad had already cooked. I used to think he was superman. How could one person do so much. Sunoco Oil during the day in logistic, Century 21 reality during the day and Lasalle at night. I didn't know then, but I would need all those skills later in life.

I lost my mother to Cancer at the age of 15 in 1995. As you could expect my life was upside down and he became so important to my survival (I was a mess). Oddly enough this was the same year I met my girlfriend who later agreed to marry me in 2001. I'll never forget a conversation with my father following the death of my mother where I was crying and trying to understand it all. I must of went on for an hour or so and my father was quiet most of the time until the end he said "son, I'm not your mother and I don't know how to love you like your mother did, but I'm going to love you and show you everything I have the ability to show you."

I was upset at the time but when I became a father myself, I understood and appreciated his honesty. The ability to give the best you can without overstepping what you're good at is something I used to raise my own children. In December my wife and will be blessed with 24 years of marriage. This union has produced 5 beautiful children. All of whom are rockstars in their own rights. Laila (23) Palumbo High Grad. Moore college of Art Graduate. Currently working at the Brooklyn Museum of Art. Ife (22) Central High Graduate, Currently at Temple University and teaching Kindergarten in the public school system. Rahim 20, junior at Drexel University. Ali (19) sophomore at Saint John's University and then Isa (9) just finished 4th grade.

There is so much that I had to gloss over but it all boils down to my father being an unbelievable example of a leader and provider for our family. He is not just a man; he is a pillar of our community, city and state. He's a father, uncle, brother, friend and much more. I have no clue where I would be without him and frankly unsure what life even looks like without him.

For years, he has dedicated his life to advocating for the rights and well-being of others. Opening schools, creating jobs (thousands) and building thousands of affordable housing units in places nobody dared to build. I know because I was employed there watching as he gave his life to communities that were "dead." No different than the 800 plus people employed by Universal, the work changed my life and allowed me to provide for my family for almost 10 years. Between the schools, the over 1500 units of affordable housing built, the trade programs, the health programs, the entire "Universal Way" there is really no way to quantify the amount of people my dad directly helped and or the people they were able to help because of it. The community, the city has been voided of his leadership and impact since.

The consequences of his actions have already taken a major toll on our family with effects that won't show for years to come, and I can only imagine the weight he feels on his shoulders. Given his track record as a community leader and his unwavering commitment to improving the lives of those needing the most help, I respectfully ask for leniency in sentencing. I also respectfully ask that he be sentenced close by allowing the family of children and grandchildren some kind of connection while he serves his time. I believe that a lighter sentence would allow my father the opportunity to continue his important work and make amends for his mistakes.

I understand that you have a difficult decision to make, and I trust that you will consider all aspects of my father's character and contributions to society. But please understand that while not being perfect my father has been the best example/role model and foundation not just for me, not just for my family but the families he never met but benefited from his work. Your honor, I humbly ask for your mercy and compassion in this matter. Thank you for taking the time to consider my plea. I am grateful for your attention and understanding.

Sincerely,

Raheem Islám
Proud Son of Rahim Islam

May 8, 2024
Honorable Gerald A. McHugh
9613 U.S. Courthouse
601 Market St.
Philadelphia, PA

Dear Judge McHugh,

My name is Saudia Islam. I am writing to you regarding my father, Rahim Islam, who is currently facing sentencing. As his daughter, I would like to offer some insight into why I believe he deserves a lenient sentence. My father has been an unwavering source of support and stability for my entire life and especially since the birth of my son 4 years ago. He has not only provided financial assistance even when he is himself challenged, has also been actively involved in caregiving duties, ensuring that my son receives the love, attention, and guidance he needs - especially since my child's father is not always present. He made space for us in his small home to help me escape domestic violence and even though he was already under incredibly stressful circumstances, he provided for our every need.

During challenging times, my father has stepped up to the plate, putting responsibilities on his back without hesitation. We have a running joke in my family (one that I don't even think my dad is aware of) that's something to the effect of, "even though he'll be mad at you for getting yourself in a sticky situation, he will never say no to helping you out of it". His commitment to our family's well-being has been nothing short of admirable, and his absence would create a significant void in our lives. His presence is necessary not just for assistance, but it also provides emotional support, guidance, and the nurturing companionship of a loving father and grandfather. My father is the patriarch of our clan.

While I understand the severity of the situation at hand, I urge you to consider the broader context of my father's life and the positive contributions he has made to our family and community. Despite facing numerous challenges in his upbringing, my father emerged as a beacon of hope and resilience. Growing up underprivileged, he experienced firsthand the struggles and injustices faced by the African American community.

Driven by his experiences, my father has dedicated, not only his working career, but his "whole" life to uplifting those around him, particularly people from marginalized communities. Through his efforts, he has become a respected figure within our community, providing mentorship, support, and economic opportunities for those who need true change. His initiatives have not only offered practical assistance but have also instilled a sense of pride and self-worth amongst an untold countless number of people. Affordable housing, jobs and business contracts, quality educational seats, and an array of supportive services have become a staple of my father's legacy and by no means is he finished. His "don't quit" attitude is something that has guided so many in our community.

In conclusion, I implore you to consider my father's role in our lives and the significant impact he has had on the community. His upbringing, although challenging, has fueled his ambition and determination to effect positive change. A lenient sentence would not only allow him to continue his invaluable work, but also serve as a testament to the transformative power of redemption. This act of kindness would create a positive trajectory for everyone involved. Thank you for your consideration.

Sincerely,
Saudia Islam

May 17, 2024

Honorable Gerald A. McHugh
9613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Judge McHugh:

My name is Hughley Jenkins and I'm currently Vice President of Finance for Supra, Inc and Rahim Islam is my older brother. I was born in 1958, Rahim was born in 1957, my sister was born in 1956 (deceased), and my oldest brother was born in 1952 (deceased). Being stairsteps children, me, my sister, and Rahim were extremely close all our lives and our love is unshakable. My mother and father separated when I was very young and was raised by my father. In the 1960's my father and two of his brothers became heroin addicts and ultimately drove my sister and older brother to run away while Rahim and I stayed. The conditions that we lived with were just inhumane, no electricity, gas, heat, water, for several years. Prior to going to school we had to take a large tin pale from the basement and go outside to our next-door neighbor's house to get water to wash and flush the toilet and we used candles for lighting at night. It's impossible in this brief letter to describe the day-to-day life we endured, let's just say we suffered the highest level of child abuse.

My brother and I were on our own at a very young age and had to make our decisions, there was no adult supervision. Some of our neighbors knew about our situation and supported us as best as they could. To survive we became "child" entrepreneurs: carrying groceries, shoe shining, paper route, collecting soda bottles, taking trash out for our neighbors, sweeping the barbershop floors, and our income supported our father's addiction. The damage to both me and my brother was real and manifested itself in several ways throughout our life.

While Rahim excelled at school, I failed miserably and was functionally illiterate. I didn't learn to read or write until I was 14 years old. I constantly stay in trouble, low self-esteem, hanging with the wrong group of people. I was ultimately saved by Rahim's first wife (he got married at 16) who found out about my condition and registered me at High School, it was then I was reading at a first-grade level. After several years, was able to graduate and I got a job at Sun Oil Company as a mail Clerk. I was there for a couple of years, and I was able to get Rahim a job there and within a year, Rahim had moved up in the company and begun to excel like nothing I ever saw. I went to work full-time, went to college part time at night and raised my two sons. I was the first in my family to graduate from college (the story could stop here). The blessing is that we not only survived, but we also thrived despite our very humble beginnings.

Obviously, there is a much longer story to be told but it's very clear that Rahim and I had overcome serious issues and while life's many turns had happened, it was clear that Rahim was destined to do big and great things. I've always admired my brother and held him in high esteem because he always shows love and compassion to everyone he met. I remember him deciding to leave Sun Oil, which I thought was a bad idea because he had accomplished so much and was poised to accomplish even more, to start Universal. I watched him spend countless hours taking Universal from an idea to an actual company. I watched him grow the concept of Universal to represent 3 "E's" (Economic, Employment, and

Education).   I watched firsthand the expansion of Universal as I joined Universal to support the growth of small businesses at the Universal Business Support Center.  There were and there will always be challenges in starting a new business and complicated things for Universal is starting several new businesses simultaneously.  I would later become VP of Finance and part of the Executive Management Team led by Rahim.

My brother never succumbs to the negativity and defeatist attitude that underlies many in the African American community and Universal was no exception.  He led by being positive and trying to be an example for the nearly 800 employees and over 40 professionals that were part of the management team.  His skills were simply astounding given that the organizational challenges were increasing.  It wasn't that we needed to provide education (Universal Schools), but how do we address the issues of children not having food to eat?  How do we address the issue of parents not having the resources to provide for their children (Universal Family and Student Resource Center)? The construction of Universal homes created jobs opportunities for the neighborhood but many of the men in the community weren't qualified (Universal created Career for Employment Training Center).  Rahim was about developing real solutions and stopping putting a band aid on a cancerous wound.  Rahim wanted to address the core of issues facing the African American community.  A Universal Plan, written by my brother, was adopted that attempted to combine community redevelopment with education reform with the goal of reengineering those opportunities to go directly into the community.

Rahim never gave up and when generational and systemic issues surfaced and required more energy, more solutions, more support, my brother didn't retreat.  Question, was everything done correctly, NO. Not because of some devious intent or plot, but because the goals and weight of success required more and more – the model wasn't sustainable especially when there were a number of people that acted like they were all-in but were literally waiting for the ship to sink.

I worked for Universal for 22 years and I'm proud of what we accomplished despite what has happened. I know my brother better than anyone and he would've sacrificed his life to see Universal successful.  His love for our community is unmeasurable and evidenced by what he carried every day. I was in court for a few days of his trial, and I heard things that are completely one-sided and unfortunately some things will never be known or understood, this is why I write this letter.  I am a better man, father, husband, and citizen of this great country because of Rahim's leadership and compassion.

As a person who knows firsthand my brother's life struggle and what makes him tick, it is his love for our community that has driven him, and I pray that you take what I've stated into consideration when you render your sentence.  Rahim knows what it's like to not have anything and all he wanted to do was to make sure that no other children and no other family went through what we went through.

Thank you, Your Honor

*Hughley Jenkins*

Hughley Jenkins

Keisha Brown

1446 W. Sparks St

Phila., PA 19141

(267) 257-7795

Honorable Gerald A. McHugh

9613 U.S. Courthouse

601 Market Street

Philadelphia, PA 19106

My name is Keisha Brown.  I am the niece of Rahim Islam.  My late father Keith Jenkins was Rahim oldest  brother.

I'm writing this letter to ask the court for mercy when sentencing my uncle Rahim.

I'm 51 years old and my uncle has been there for me countless times.  He has been a positive entity in my life.  My sister Tamara Pryor and I used to always spend the summers at his house with our cousins (his children).  He has been a strong influence in his children's life and my life as well.  My uncle Rahim has also been a wonderful influence in the community.  We can always count on my uncle to be there whenever he is needed.

I love my uncle.  I don't know much about his business life. I just know how awesome of a person he is with his family.  If you can find it in your heart Honorable Judge McHugh to give my uncle Rahim Islam a lessor sentence, my family and I would greatly appreciate it.

I really appreciate you for taking the time to read this letter.

Sincerely,

Keisha Brown

Keisha Brown

Honorable Gerald A. McHugh

9613 U.S Courthouse

601 Market Street

Philadelphia, PA 19106

Dear Honorable Judge Gerald A. McHugh,

I am writing to you on behalf of my brother, Rahim Islam, in the hope of seeking mercy and leniency from the court. My name is Thomas Jenkins, and I have had the privilege of working as a counselor at the Juvenile Detention Center, dedicating 23 years to supporting at-risk youth in Philadelphia. Throughout my career, I have witnessed the transformative power of guidance and support in the lives of young individuals.

I am reaching out to you today to share the profound impact my brother has had on my life. His unwavering love and guidance have been instrumental in shaping me into the man I am today. My brother has been a pillar of strength and a source of inspiration, encouraging me to pursue my education and ultimately achieving a Master's Degree in Psychology. His belief in me has been a driving force behind my personal and professional growth.

I humbly ask for your understanding and compassion as you consider Rahim's case. I believe that his positive influence on my life is a testament to his character and his commitment to supporting those around him. Rahim's has been a staple in the lives of so many including my wife and children of 28 years of my marriage.

I kindly request that you take into account my brother's contributions to his community to his family when considering his case. I am confident that with your mercy and leniency, my brother will continue to be a positive force for good in the lives of those around him.

Thank you for your time and consideration.

Sincerely,

Thomas Jenkins

April 29, 2024

Honorable Gerald A. McHugh
9613 U.S Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Judge McHugh:

I am writing to you with a heavy heart expressing my deepest concerns for my brother-in-law Rahim Islam. I humbly request your leniency in his case. I am Vickey Jenkins, Rahim's sister-in-law and want to share with you the impact Rahim has had on my life. Rahim played a pivotal role in shaping my career by giving me the opportunity to teach at Universal Creighton Charter School as an autistic support teacher. At that time, he saw something in me that I didn't see in myself, and for that I am truly grateful.

What started as a supportive role within an autistic class has now blossomed into a fulfilling career as a 1st grade teacher. Thanks to Rahim's unwavering support and confidence, this opportunity has allowed me to make a positive impact on beautiful young minds and has also enhanced the purpose for my life. I'm not alone, Rahim has helped so many over several decades (i.e. family, teachers, parents, students, community, businesses, etc.)

His commitment to uplifting our community is not rhetoric or some slogan but is real and can be felt all over our city - I and many others are proof positive. His dedication to education and his commitment to uplifting those around him are the qualities that deserve recognition and support and I urge you to consider this when you rule on his sentencing.

On behalf of our family and our community, I humbly ask for your understanding and compassion in Rahim's case. Your mercy will not only benefit him but also the countless individuals whose lives he has touched and continues to inspire. Thank you for considering my heartfelt plea.

Warm regards,

Vickey Jenkins



**Johnson Family**

FINANCIAL SERVICES

SINCE 1977



May 16, 2024

Honorable Gerald A. McHugh
9613U.S. Courthouse
601 Market Street
Philadelphia Pa 19106

Dear Joseph McHugh

I would like to take the opportunity to express my sincere sentiments in requesting leniency on behalf of Rahim Islam. I have been a businessman and entrepreneur for 50 years in the greater Philadelphia area and I have known Rahim Islam almost all that time working with him on several different levels (personal, business, civic, spiritual). He is a dependable friend and partner.

Rahim Islam has been a trail blazer in establishing avenues that were not readily available to many residents of the African American community. His work in Philadelphia is unparalleled and if surveyed many will articulate that he's a person that has got stuff done.

In the realm of housing and education, his works have become the foundation for new and rebuilt neighborhoods in Philadelphia that have benefited so many low income and impoverished individuals and families. Rahim is a proven leader that has not just "talked the talked," but has "walked the walked" delivering in areas where the needs have been catastrophic.

I believe that the impact and the respect that he commands must be viewed when evaluating his worth and value as a man. I humbly request that you grant him leniency and return back to the community to continue his work, which is woefully still much needed.

Sincerely,

Fred Johnson

*"We Solve Your Tax Problems"*

623 South 52nd Street • Philadelphia PA 19143 • Office: 215.476.2130 • E-mail: fjohnsontaxcomp@aol.com • *taxprepphiladelphia*

**ERNEST E. JONES, ESQUIRE**
**12347 Silton Peace Drive**
**Riverview, FL 33579**

**(813) 379-6425**
**(215) 435-1188 (cell)**                                             jonesernest@msn.com

May 2, 2024

Honorable Gerald A. McHugh
9613 U.S, Courthouse
601 Market Street
Philadelphia, PA 19106

RE: Abdur Rahim Islam, Request for Leniency

Dear Judge McHugh:

My name is Ernest Jones, and I am a retired Pennsylvania lawyer currently residing in Florida. During my professional career, I served as an Assistant District Attorney in Philadelphia, General Counsel to the Temple University Legal Aid Office, Executive Director of Community Legal Services, President of the Greater Philadelphia Urban Affairs Coalition, and President & CEO of the Philadelphia Workforce Development Corporation (PWDC). I also chaired the board of the Philadelphia Chapter of the Black Alliance for Educational Options (BAEO). It was in these last two positions that I had substantial interaction with Mr. Islam.

PWDC funded several training programs at Universal and BAEO worked closely with them in setting up their charter school. I always found Mr. Islam to be a conscientious, hard-working individual who cared a lot about his community. I am therefore requesting that you grant appropriate leniency in sentencing him. Thank you.

Sincerely,

Ernest E. Jones



June 19th, 2024

Honorable Gerald A. McHugh
9613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Judge McHugh:

I am writing to request leniency for Rahim Islam.

My name is Jerrel W. Jones and I'm a Milwaukee, WI native. My business accomplishments include The Milwaukee Courier Newspaper (1964-present) and WNOV 860AM Radio (1972-present). I was the first Black owner of a newspaper and radio station in the United States. I became interested in print media through my mother, Dr. Mary Ellen Strong, who owned the Milwaukee Defender Weekly Newspaper — the only newspaper "of and by" the African American community. I credit much of my success to my mother and my mentor S.B. Fuller, a renowned African American entrepreneur who owned a national newspaper chain.

I've known Mr. Islam for more than 10 years and have collaborated with him to help improve the educational and economic opportunities in the Black community in Milwaukee. I was extremely optimistic about the Milwaukee Community of Leaders which sought to organize the leaders within the Black community amongst a number of sectors to adopt a "shared economic agenda" that we would hold ourselves and those in political office too, his leadership was invaluable.

Based on my interactions with Mr. Islam and the knowledge of his past accomplishments, and his love for all people, I genuinely believe Mr. Islam deserves leniency.

Judge McHugh, I humbly ask you for leniency for Mr. Rahim Islam.

Sincerely,

Jerrel W. Jones



May 20, 2024

Honorable Gerald A. McHugh
9613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Honorable Judge McHugh,

I am submitting this letter on behalf of my friend, mentor, and fellow community servant Rahim Islam.

I am the current President of the Point Breeze CDC (South Philadelphia); a retire committee persons for twenty-four years; a father and husband; and my most blessed position, a Ordain Deacon at my place of worship.

I've had the opportunity to work closely with Bro. Islam on several projects and issues facing the South Philadelphia Community for more than twenty years. Rahim's leadership was always on display, and he had only one interest - changing the quality of life for all people from all walks of life. It was Rahim's and his team who lead the effort to build "affordable" workforce housing in gentrifying neighborhoods. It was Rahim vision to bring community stakeholders to the table to discuss quality of life issues, education, health issues that disproportionately affected people of color. His self-less leadership was his example and not lip-service.

Because of Rahim's leadership, I continue to serve my community and fight to change the lives of the marginalized minority. Rahim was a genuine leader and could relate to everyone that he encountered. As a community leader and an Ordain Deacon, I understand the need for compassion, leniency, and forgiveness. We must never let the questionable outweigh the good. The Rahim Islam that I know is just a good person with a big compassionate heart.

Your Honor, it is with the greatest intentions of mercy and grace, which is in your hands, that I seek leniency for my friend, mentor and fellow community servant, Rahim Islam. Thank you!

Blessings,

Albert Littlepage

# BLANKROME

Phone:   (215) 569-5793
Fax:     (215) 832-5793
Email:   chris.lewis@blankrome.com

May 13, 2024

The Honorable Gerald A. McHugh
9613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re: Rahim Islam—Request for Leniency

Dear Judge McHugh:

I write this letter to request leniency for Rahim Islam, whom I've known for more than three decades.

By way of background, I began my career as a law clerk to Judge Clifford Scott Green, so I have an affinity for the Eastern District of Pennsylvania and an appreciation of the importance of a defendant's personal characteristics to sentencing decisions. Throughout my career, I have been committed to public service and civic engagement. I served as Executive Deputy General Counsel and then Secretary of the Commonwealth in Governor Casey's administration, and since joining Blank Rome LLP as a partner in 1991, I have dedicated much of my time to serving on the boards of various nonprofits and governmental entities in the City of Philadelphia.

My civic efforts have often focused on enhancing the ecosystem for African-American entrepreneurs and professionals, which is how I came to know Rahim. Rahim's contributions to our community are numerous and significant. As the President and CEO of Universal Companies, he played a pivotal role in the development and revitalization of South Philadelphia. Under his leadership, Universal Companies became a cornerstone of community development, providing educational opportunities, affordable housing, and vital resources to the City's underserved populations. Rahim's visionary approach and tireless efforts gave hope and opportunity to many individuals and families.

Beyond his professional achievements, Rahim has always been willing to go above and beyond to help others, often at personal sacrifice. His ability to inspire and mobilize people is truly remarkable. I count myself as one of those who answered his call to provide *pro bono* service on many occasions.

# BLANKROME

Given Rahim's outstanding character and the positive influence he has had on so many lives, I respectfully ask that you consider showing mercy and leniency during his sentencing. I believe Rahim's continued presence in our community is invaluable and that he has much more to contribute. A lenient sentence would allow him to continue his important work and enable him to remain a pillar of strength and support for those who rely on his leadership and guidance.

Thank you for your time and consideration.

Respectfully yours,

Christopher A. Lewis



May 1, 2024

**Honorable Gerald A. McHugh**
9613 U.S. Courthouse
601 Market Street
Philadelphia, PA19106

**Re: Leniency for Rahim Islam**

**Dear Honorable McHugh:**

I am writing this letter to share with you my feelings and experience with Rahim Islam. I've been a film and video producer for more than 30 years and I was an architect for 16 years prior to changing my profession. I met and began working with Kenneth Gamble of the Gamble and Huff company in 1980 and have worked with Universal since its inception in 1993 where I met Rahim.

While Kenny Gamble was the visionary for Universal, it was Rahim Islam who was most responsible for achieving the vision - the main man producing and coordinating the construction of numerous housing developments, delivery of city-wide supportive programs, and the development of several comprehensive charter schools in Philadelphia – his reach was vast and impressive. I know firsthand of his impact because I was their videographer and filmed every groundbreaking, ribbon cutting, press conference, and many speaking engagements where Rahim would articulate the plan and strategies.

Based on all the years I spent working with him, I became a devout believer in his abilities and his dedication to helping to physically rebuild the community and to educate our children. This is the man that did all he could to accomplish those goals.

I humbly request that you consider the incredible positive history and track record he has achieved in the Philadelphia community when you render your sentence. I pray that you grant him leniency.

Thank you.

**Robert Lott**
President
**Teamwork Media Group International**



May 7, 2024

Honorable Gerald A. McHugh
9613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

RE: Abdur-Rahim Islam Sentencing

Dear Judge McHugh,

My name is George Marks and I am writing to you on behalf of Mr. Islam.   I owned and managed Kramer Marks Architects as President since 1984, which I recently sold to my junior partners.  I am also the founder of Robin Hood Ventures, one of the first Angel Investment groups in the country based here in Philadelphia, founded in 1999 and I am a member of the Carpenter's Company of Philadelphia responsible for the upkeep and maintenance of Carpenter's Hall in Philadelphia.  My current role is as Managing Director of Phase 2 Investments where we focus on investing in early stage companies.

I have known Mr. Islam since at least 1999 in his role as President of Universal Community Homes.  I grew up in the suburbs of Philadelphia as a catholic in a 99.8% white community and Mr. Islam is the first Muslim individual I had ever met personally. My only exposure had been to all of the extremist individuals we all see and hear about on the news.  I must say that I was skeptical and nervous at first, but getting to know Mr. Islam and the rest of the team at Universal was a warm and eye opening experience for me.

My very first day going to meet with Mr. Islam and his team in South Philadelphia, I was rushing to be on-time for my meeting and I inadvertently left my new car unlocked parked at the corner of 15th and Christian Streets.  When I left my car, there was an ominous looking gentleman dressed in Muslim garb standing near my car that made me nervous for sure.  However, after my meeting with Mr. Islam and his team, I came out and while I was thrilled that my car was still there, I was a bit rattled that this gentleman was still standing near my car.  As I walked up to my car, this gentleman says to me *"Sir, this is not a good neighborhood and you should be sure to lock your car in the future."* I became a known acquaintance with that gentleman over the years, and while this may not seem like a relevant story to Mr. Islam, it is Mr. Islam's and his team's creation of a private security detail for their neighborhood not just for the Muslim community, but for EVERYONE in their community that helped their community change the narrative.  The setting up of a private security force for their neighborhood benefitted not just their community, but all of Philadelphia and this effort that very few know about was something that immensely helped their neighborhood succeed.

Over the 25 years I have known and worked closely with Mr. Islam and Universal, I grew to have the utmost respect for Mr. Islam and all of the great things they were accomplishing in Philadelphia. I owned a unique home in suburban Philadelphia and every year, I would pick one client/project team to have dinner at my home. In 2013, we invited Mr. Islam, his wife, Mr. & Mrs. Gamble, their daughter Tammy and granddaughter and Mr. Dewan and his wife for dinner. We inquired and served a Muslim meal and we had wonderful conversations about life, education and what needs to be done to help the black communities in Philadelphia. The discussion was eye opening for both my wife and myself and we were inspired by Mr. Islam's approach that the black communities needed to help themselves rise up with strong black leaders through positive role models living in the black community and through a focus on education. We were expecting an ask for a donation of money, but none was requested nor was anything else requested other than to support them in their efforts to rebuild _their_ community. It was both refreshing and inspiring.

I hate to admit that I know very little about the case involving Mr. Islam other than what I may have seen in a passing newspaper article, but what I do know is that any community needs leaders that are strong character examples for their community and this is especially true in the black communities. I don't know the extent of the penalties that could be imposed upon Mr. Islam, but whatever they are, I believe in my heart of hearts that the Philadelphia community would be better served by Mr. Islam being a part of the community and directed to use his grace, energy and experiences to better the lives in the Philadelphia community rather than sitting in a jail cell where his talents, and abilities would be wasted.

Mr. Islam is a fine, fine example of how people of all colors, races and religions can work together to make the world a better place and in my opinion his efforts being directed to those causes would be a much better use of the rest of his life than any prison term would prove. The world needs more Mr. Islam's in ANY community and I would be humbled to have Mr. Islam as my neighbor, but this is especially true in the black community. Regardless of any transgressions, I am proud to call Mr. Islam a business associate, but more importantly…. a friend.

I believe your compassion in this matter would be a benefit to both Philadelphia and the world at large. Thank you for your consideration,

George E. Marks, Managing Director
Phase 2 Investments, LLC
gmarks@phase2invest.com
215-870-5543

May 3, 2024

The Honorable Judge Gerald A. McHugh

9613 US. Courthouse

 601 Market Street

Philadelphia, PA 19106

Re: Defendant Abdur Rahim Islam

Dear Honorable Judge McHugh,

My name is Crystal Edwards, a former employee of Universal Companies, and I am writing this letter to request leniency for Mr. Islam. I had the pleasure of working closely with Mr. Islam for years and I know firsthand of his tremendous leadership and commitment to our community.

Under Mr. Islam's leadership I watched the company expand and prosper. I watched hundreds of houses being built, neighborhoods improved, and children being educated in our community through the tireless efforts of Mr. Islam. Many people may forget or don't know, but nothing was easy, every gain was fought against fiercely, but Mr. Islam wouldn't waiver.

Through his vision and the love of his community a lot was accomplished, and people were served for the better. I was honored to be part of that change and betterment working for Mr. Islam.

Mr. Islam is a good man who made a lot of positive changes in the community and changed people lives. I understand that the charges against Mr. Islam are serious, but on behalf of all those who have and continue to benefit from his sacrifices, I humbly ask for mercy for him during his sentencing.

Respectfully

Crystal Edwards

May 3, 2024

The Honorable Judge Gerald A. McHugh

9613 US. Courthouse

 601 Market Street

Philadelphia, PA 19106

Re: Defendant Abdur Rahim Islam

Dear Honorable Judge McHugh,

I am writing you this letter asking for leniency for Mr. Islam. My name is Denia Edwards, and Mr. Islam is my future father-in-law and the grandfather to my two daughters. I have known Mr. Islam for 13 years; our initial introduction was during the 4 years I worked for him at Universal Companies.

I would like to use this opportunity to express the kind of man Mr. Islam is, while working for Universal Companies Mr. Islam was a great leader. He always commanded respect without being condescending. Always, holding himself as a gentleman who was enthusiastic about his work and the betterment of his community. As the grandfather of my children Rahim has been nothing but loving and nurturing, always making my girls smile. My father passed away in May 2022 and Rahim has treated me as his daughter, letting me know I can come to him for anything.

I understand the gravity of the charges, and I know there are consequences. I ask for mercy and leniency for Mr. Islam during sentencing so that my fiancé, my children, myself, and the rest of the Islam family do not have to lose our rock.

Respectfully,

Denia Edwards



# Mainstream Marketing LLC.

Info@mainstreammarketing.us I 2929 Suite 1700 Phila,Pa | 484.602.5957

May 4, 2024

Honorable Gerald A. McHugh
9613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Judge McHugh,

My name is Jermaine Millhouse, I'm a native of Philadelphia and entrepreneur that specializes in community engagement strategies. I primarily developed comprehensive marketing campaigns for private schools, universities, and social and economic causes. Over my 20-year career, I've served on several non-profit boards including serving as board chair. In 2021 I was seriously wounded by a gunshot and now I operate a non-profit organization to assist other victims and their families presented with this danger.

Mr. Islam has been a mentor and an extremely positive light in my life and career, and I hope I can follow in his footsteps as an entrepreneur and community leader. His mentorship has guided me on several fronts including balancing business opportunities and remaining socially conscious (you don't have to sacrifice one for the other) and his friendship has been priceless.

Over the years I have witnessed Mr. Islam's work in creating economic opportunities for African American businesses including my own. His passion for Philadelphia was always on point and worked tirelessly to address systemic poverty. In addition to making Universal the model, he met with and called on several majority companies in Philadelphia to do more with people of color. I personally have NOT met anyone that has worked harder to achieve social and economic equality for those less fortunate, specifically within the African American community. I know Mr. Islam is a leader that we greatly need in this fight for equality, and I pray this letter increases your understanding of Mr. Islam's significant contributions to our city and moves your heart to show him leniency as you render your verdict.

Sincerely,
Jermaine Millhouse
CEO of Mainstream Marketing

**Sandra A. Mills**
**6102 Carpenter Street**
**Philadelphia, PA 19143**
**(215) 667-5974 SandraAMills@aol.com**

May 28, 2024

Honorable Gerald A. McHugh
Federal Judge
9613 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

Dear Honorable Judge McHugh,

I am writing on behalf of Rahim Islam who is scheduled to be sentenced in your court on July 16, 2024.

My name is Sandra Mills, I've lived most of my adult life in service to those less fortunate. I have been a community activist, human and civic advocate for the past 30+ years on issues surrounding public service, public health, education and domestic violence in Philadelphia. I have served as an officer of the court as the Prison Liaison in the Clerk of Quarter Session; Special Assistant to the late Congressman Bill Gray and former Mayor W Wilson Goode; and as an advisor to many other public officials. I retired from the National Hospital Workers Union as the Administrative and Political Director. Having served in these positions, I've known Rahim Islam for decades.

Mr. Islam has been a hardworking and tireless leader in the African American community with significant achievements in housing, community development and public education. He has always been a part of solutions for very complex problems that completely blanket many of the undeserved population in our city. I've seen him rehabilitate affordable and quality housing for low-income families; individuals with special needs; and housing for our elderly.

He's always answered my calls addressing extremely personal and complicated situations. I have personally asked him to hire former prisoners returning home who couldn't find work and he did. These people are now productive citizens positively contributing to society. I have asked him to provide housing to homeless women and their children, and he did. In many instances job training came along with the housing. We must applaud his work in the public education arena. I know that many of his students have gone on to complete college and even higher education and are now professionals – he has personally mentor hundreds of young men.

I've always known Rahim to be a helper, giver, and a person who's made a positive difference on whatever area is has worked on and I am writing to appeal for leniency in your sentencing him. His good work is still being realized and work that he's done continues to flourish and benefit our communities. People still have housing; students are still in school, and the city is a better place because of his past accomplishments and achievements, and he has so much more he will do if you give him leniency.

Your honor, I pray for grace and mercy in this matter. Thanking you in advance for your consideration and I stand ready to discuss further if you require.

Sincerely,

Sandra A. Mills



June 7, 2024

Honorable Judge Gerald A. McHugh
9613 U.S. Courthouse
601 Market Street
Philadelphia, Pa 19106

Dear Judge McHugh,

My name is Anton Moore, a South Philadelphia native and community activist. I'm currently the Executive Director of Unity in the Community which is a nonprofit organization under the Soul Food CDC umbrella. This movement educates the community about gun violence prevention and providing resources to the community

I am writing this letter on behalf of Rahim Islam whom I have known for nearly 15 years. Mr. Islam has always been a beacon of hope for the young people in our community in South Philadelphia and is personally responsible for undertaking one of the largest community development initiatives in South Philadelphia. During the rebuilding process, he has always supported myself and community organizations by sponsoring community block parties, hosting the wellness clinic to educate African American males about their health, supporting sports teams and most importantly educating our young scholars.

I know that the charges against Mr. Islam are serious, and the community is not making excuses for those actions. However, based on the true character that I know of Mr. Islam and all the good work that he has done, I am writing this letter to ask for his leniency as you prepare to sentence him. As always, I would like to thank you for your time and your service.

Sincerely

Anton Moore



**Tenth**
*Memorial Baptist Church*

If God Be For Us, Who Can Be Against Us!

*Rev. William B. Moore, Pastor*

May 21, 2024

The Honorable Gerald A. McHugh
9613 United States Courthouse
601 Market Street
Philadelphia, PA 19106

### RE: SENTENCING OF RAHIM ISLAM

The Honorable Judge McHugh:

I am submitting this letter of respectful request for leniency for Rahim Islam.

I am Rev. William B. Moore, Pastor of the Tenth Memorial Baptist Church in North Philadelphia for the last fifty (50) years.

I have known and worked with Mr. Islam for more than fifteen (15) years. In every instance of working with him, he has been there as a front line leader. He has never sat back and said, "let someone else do it." My first memory of working with him was on the Million Man March in mobilizing Black men to go to Washington, D.C. It was to hear and encourage Black men to go back to their communities and encourage them to work to make their communities a better place in which to live. Also, work to help young Black boys to stay in school, go to college, or take a trade to help lift the community. Secondly, he helped to support the opening of the only Black bank in Philadelphia, The United Bank of Philadelphia. Thirdly, Mr. Islam has worked with men and other pastors to encourage their members to support and help to continue the legacy of being proud of their heritage and the work of our forefathers. In helping to promote healthy communities, we build stronger and better cities, states and nations. We are stronger together.

It has been my joy to work beside and with him and The Universal Companies. Your honor, I accept the verdict of the jury. At times in life, we lose our way as I have learned and witnessed as a pastor but with support and compassion, we can find our way back to our best self. I humbly request leniency so that Mr. Islam can do just that.

I thank you for feeling my heart and soul. I stand willing to do whatever I can to bring wholeness to Mr. Islam.

Respectfully,

Rev. Dr. William B. Moore
Pastor

1328 N. 19th Street Philadelphia, PA 19121
Phone: (215) 787-2780   |   Fax: (215) 787-2787
Email: tmbc1328@aol.com



May 29, 2024

The Honorable Judge Gerald A. McHugh

Your Honor,

I have known Mr. Rahim Islam as a community member, a friend, and a professional colleague for over 25 years. Mr. Islam's passion for seeking consensus and finding solutions to the myriads of problems that plagued our community is unprecedented. His efforts to rebuild our neighborhoods and improve educational outcomes for our children is a Godsend.

As an Islamic Scholar, teacher, and spiritual leader, I serve as president of QUBA Institute, one of the oldest Islamic institutions in the Philadelphia region. As a spiritual leader, I have worked closely with Mr. Islam on several issues involving the Muslim community and consider him a good person and humbly request your mercy and leniency regarding his sentencing.

Your Honor, I know that Mr. Islam sincerely regrets his transgressions, and I am certain he is committed to making amends and leading a law-abiding life if given the opportunity. On behalf of our community, I ask that you not judge him on his recent misstep but on his unbelievable lifetime body of good works - our community and society must benefit from his tremendous talents. Thank you for your time and consideration of this request.

Sincerely,

Shaykh Anwar N Muhaimin
President, QUBA Institute

*"Anyone of you who does a misdeed through ignorance then repents thereafter and makes amends, then verily He is Forgiving, Merciful." Quran (6:54)*



July 1, 2024

Honorable Gerald A. McHugh
9613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

                    Re: Request for Leniency for Rahim Islam

Dear Judge McHugh,

My name is Abdul Rahim Muhammad the founder and executive director of the Islamic Cultural Preservation and Information Council, (ICPIC) a non-profit 501-C3 educational /cultural organization founded in 1991, and the New Africa Center/ Muslim American Museum & Archive founded in 2005 and the ICPIC New Africa Center CDC founded in 2013.  ICPIC's signature programs are the Annual Islamic Heritage Festival & Parade at Penn's Landing attracting over 5,000 attendees yearly for the past 30 years.

I have known and worked with Rahim Islam for over fifty years and know him to be a serious advocate and hard worker for the African American community, specifically addressing the needs of those less fortunate.  Over the years, I've watched the unbelievable and groundbreaking progress achieved by Universal under his leadership.

No matter how big Rahim's influence grew, he always had time for me and many other smaller organizations providing guidance and leadership to help grow the capacity of our organizations.  Rahim was the first person I called to get his support for ICPIC's New Africa Center's Expansion plan to build two mix use buildings to create 40 affordable apartments and four new commercial spaces to transform lower Lancaster Ave using arts & culture, history, and neighborhood identity as an economic engine to rebuild our community.  We stand in awe of Rahim's achievements in rebuilding the African American community and ICPIC has benefitted directly.

Your Honor, because of Rahim Islam's lifetime of great works; outstanding community development leadership; and his work in transforming the lives of tens of thousands of African Americans through affordable housing, education, and cultural programs, we plead with the court for mercy and leniency when you render your sentence.

Sincerely,

*Abdul-Rahim Muhammad,* Director
267-957-5971

May 3,, 2024
Jehron Muhammad
1012 Southampton Ave.
Wyndmoor, Pa. 19038

Honorable Gerald A. McHugh
9613 U.S. Courthouse
601 Market Street
Philadelphia, Pa. 19106

Dear Judge McHugh,

First I pray this letter finds you and your family in the best of heath and spirit. I'm a lifetime friend of Rahim Islam. In fact, growing up, Rahim's older brother Keith was my best friend. And after I took Shahada - became Muslim, Mr. Jenkins, Rahim's father became my weekly Muhammad Speaks newspaper customer. Those weekly newspapers, like Heavyweight boxing champion Muhammad Ali before him, as mentioned in his autobiography, began Rahim's journey into Islam.

I'm a journalist, who has written a weekly column (2014-2016) on Islam in the Philadelphia Inquirer. I currently write a weekly column called Africa Watch, the result of living and participating in many fact-finding missions in Africa.

In a previous life I was a behavior therapist, working mostly with youth with severe behavior problems - mostly ADHD, was a community outreach worker for the Department of Recreation, as well as a gang worker with Youth Conservation Services. In addition, I'm a graduate of the Urban Leagues Leadership Institute inaugural class, where my project group won the Congressman Bill Gray award for outstanding report on prison reform.

As a Muslim activist, my activism took me inside Pennsylvania's prisons. Starting with Holmsburg Prison, I worked inside of at least five correctional institutions, including Camp Hill and Gratesford, a maximum security institution, where I had a three year contract to provide services to Muslim inmates. After my contract I joined the Pennsylvania Prison Society where I worked as a teacher helping inmates develop parenting skills.

Some years later I reconnected with Rahim Islam, taking a job with Philadelphia music mogul Kenny Gamble's community development organization, Universal Companies, where Mr. Islam was the CEO.

The unequaled work of Universal, with Mr. Rahim at its helm, is unquestionably one of the city of Philadelphia's most progressive and influential community developments. To take the poor depressed South Philadelphia neighborhood where Mr. Gamble grew up and turn it into an oasis of development, including renovated housing, educational institutions and business developments is a hallmark that makes this longtime Philadelphia resident, and many others proud.

I pray that this small letter in some way helps you determine Mr. Islam's future. My gut feeling is that God is yet to finish with Mr. Islam. And as the Quran, the Muslim holy book says, that Allah God, doesn't put on you a burden you're unable to bear. I pray that in your judgement you consider, that this time served is for reflection, contemplation and recommitment, for work yet to be done. I can be reached at 610 500-4116.

Sincerely



**MUHAMMAD MOSQUE No.12 PHILADELPHIA**
**DELAWARE VALLEY REGION**
*From the desk of Student Minister Rodney Muhammad*

**Date: April 24, 2024**

**Honorable Gerald A. McHugh**
**9613 U.S. Courthouse**
**601 Market Street**
**Philadelphia, PA 19106**

**Dear Judge McHugh:**

I hope this letter finds you and your family, along with loved ones, in the best of health and spirit.

I am Minister Rodney Muhammad the Regional Minister of the Nation of Islam for the Delaware Valley. I have served the Philadelphia community and vicinity for more than 30 years. We have worked with 5 Mayors in this city serving as a force for good to impact the quality of life in Philadelphia.

I have known Mr. Rahim Islam for more than 25 years. We have worked on monumental projects for social change that has taken us to Washington DC, partnering with Congress, Civic leaders, Clergy and even law enforcement. One public safety project in Philadelphia brought out more than 10K male citizens in efforts with city officials to restore safety to our neighborhoods. Rahim Islam organized to lead many in Philadelphia on a path toward meaningful change.

I appeal to you Judge McHugh that you consider the tremendous asset Rahim is to our community. God always seeks the best that is in us to use for His Higher Purpose. The preponderance of good done for our lives we shall not for get nor forsake but rather build on Rahim Islam's work he was blessed to do, as we move forward.

**Sincerely**
*Rodney Muhammad*
**Regional Minister /Delaware Valley**
**mosquedvr@gmail.com**

May 1, 2024

Honorable Gerald A. McHugh
916 U.S. Courthouse
601 Market St.
Philadelphia Pa 19106

Good afternoon, Judge McHugh,

My name is Anthony Murphy, and I am currently the Executive Director of Town Watch Integrated Services for the City of Philadelphia – supporting the infrastructure and capacity building for neighborhood safe corridors, schools, and community mediation. I'm also United States veteran and I've spent most of my adult life working to improve the conditions facing underserved communities. I am writing to you on behalf of Mr. Rahim Islam who I have known for the better part of fifteen years.

I've worked with Rahim Islam for many years addressing community issues that lead to improvement of quality of life for residents of Philadelphia. He has shown a commitment to helping residents across the landscape of Philadelphia. As a community advocate with a heart for youth, he has been instrumental in assisting with the truancy and attendance rates in schools across the city.

One area that he was able to make a great deal of impact in decreasing truancy, crime, and increasing attendance of students was the Point Breeze and Grays Ferry neighborhood (by all accounts two of the city's more challenging communities). Under Rahim's leadership, Universal Audenried Charter High School opened the school to the community by delivering a multitude of afterschool programs for students and families. I also had the pleasure to work side-by-side with Rahim on a citywide program that called for the assembly of 10,000 men – these men would become a volunteer corps to assist with the work that I've done with the Town Watch initiative.

Rahim is a leader amongst leaders and his works are scattered throughout our city and I ask that the court be lenient and show mercy to him because e he is truly committed to improving our community.

Thank you for your time and consideration.

*Anthony Murphy*
Anthony Murphy



## Auto * Home * Business * Life * Health * Financial Services
### Off: (215) 476-7000 * Fax: (215) 215-476-7100 * Toll: 888-279-4266

June 3, 2024


Honorable Gerald A. McHugh
9613 U. S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re: Rahim Islam


Dear Honorable Judge McHugh:

My name is George Nelson, and I am writing you regarding the upcoming sentencing of Rahim Islam. For the past 30 years, I have operated an insurance agency with clients in the states of Pennsylvania, New Jersey, Delaware, Maryland, Virginia and District of Columbia (DC).

For the past 35 years, I've looked at Rahim as both a brother and a friend. His commitment to community service has been unrelenting. Throughout my 35 years of knowing him, I've worked with Rahim on numerous occasions and in different compacities. From organizing community outreach programs to religious events, Rahim has always been an advocate for the little man. I know through his relationship with The Universal Companies, he has been instrumental in helping to champion better housing and educational opportunities for many inner-city residents throughout Philadelphia.

For this reason and many others, I humbly request that any consideration available to Rahim be extended to him. I believe he is truly regretful for his actions that have put him in this position, and he is still capable of being a positive role model to many other young men in our community.

Respectfully,


George Nelson, President

6/21/24

Honorable Judge A. McHugh
United States District Court
9613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Your Honor,

My name is Shani Newton. I am a Philadelphia native, entrepreneur, philanthropist and chair
of the Leon H. Sullivan Community Development Corporation.  Leon Sullivan was a Baptist
minister, a civil rights leader and social activist focusing on the creation of job training
opportunities for African Americans, a longtime General Motors Board Member, and an anti-
Apartheid activist.

I am writing you on behalf of Abdur Rahim Islam. I met Rahim in early 2012 while working on
community issues in North Philadelphia. He was always supportive in the work we were
doing to make north Philadelphia a better place for its residents. We became fast friends and
I have gotten to know his children and his family. He is an amazing father and friend. He was
always there for me and to support our organization. However, I want to tell you about my
experience with him that was the most impactful. It was 2015, when he summoned several hundred
individuals from all walks of life and from all parts of the city to come together to address
problems in our respective communities: specifically, gun violence. None of the people in this
meeting were politicians or high-profile individuals, just ordinary people. He stressed to us
that the only way to solve the issues our communities were facing was for us to be a "real"
part of the solution. He hosted several of these meetings and we came up with plans of
action. To this day, so many of us have started our own organizations, and/or are involved in
positive change in a way that we would not have been without his guidance and leadership.

I am well aware of the charges he is facing and the consequences of those actions, however,
I am asking for leniency. I know that he has already learned from this experience. His voice
is truly missed in our communities. Not everyone has the ability to bring so many people
together in such a way for the betterment of the city. I pray that you will consider this
character reference before passing sentencing. I know he will strive to make amends and we
will get to see his good works bringing fruitful results to our society again.
Thank you for taking the time to read and consider my request. I can be reached at 215-800-

3655 or shaninewton@gmail.com

Yours Sincerely,

Shani M. Newton



**THE PHILADELPHIA MASJID**

**Masjid Office:** 215.877.2800

TO: *The Honorable Gerald A. McHugh*
FM: *Imam Kenneth Nuriddin*
    *Resident Imam, Philadelphia Masjid*
RE: *Request For Leniency for Rahim Islam*
DATE: *16 May 2024*

*Your Honor,*

*As the Resident Imam of the Philadelphia Masjid, I am writing to you on behalf of Rahim Islam. As a member of the Religious Leaders Council of Interfaith Philadelphia and the UPENN Netter Center for Community Partnerships, the duty to respond to social needs has been a priority of mine for over 50 years. As a veteran of the Vietnam war, and an Architect, I have seen the dismantling and the rebuilding of men and society and when we survive and thrive after challenges, we are at our best.*

*I have known Rahim for over 40 years and have served with him in a number of endeavors designed to address the issues we face as a community. In the age of selfishness, Rahim is an iconic example of selflessness and unity. He has committed his life's work to bringing people of all faiths, backgrounds, persuasions, etc. together for the purpose of achieving the common good for those less fortunate. His work is literally sprinkled all over the city.*

*His abilities and experience are valuable assets which can continue to benefit the community. I implore you to show him the utmost leniency so he can soon return to his family and continue to serve our society.*

*Sincerely,*

*Imam Kenneth Nuriddin*
*Resident Imam, Philadelphia Masjid*



**Masjid Website:** www.thephiladelphiamasjid.org
**4700 Wyalusing Avenue • Philadelphia, Pennsylvania 19131**

**Ms. Bernadette Peoples**
**1201 Morgan Ave.**
**Drexel Hill, PA 19026**
**267-251-9055**

May 5, 2024

Honorable Gerald A, McHugh
9613 U.S, Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Judge McHugh:

My name is Bernadette Peoples and I've owned my own catering company for the past 20 years and have been extremely blessed to have catered some of the city's prestigious events. In addition to my business, I consider myself a devout Christian and my love for my religion and my love for our people has inspired me to being a community activist and fight for the less fortunate, primarily in south Philadelphia. This is how I came to know Mr. Islam and hear about is plans for Audenried High School.

After a tumultuous beginning, Mr. Islam prove beyond question, his genuine commitment to our kids and I went from being skeptic to being one of his biggest supporters. When Mr. Islam asked me to write a letter of support to send to the Court, I considered it my absolute honor because he is a friend. I've known Mr. Islam for over fifteen years and throughout those years, Mr. Islam has proven to be nothing but a bedrock of integrity for the community for which he serves, engendering the trust of the community and inspiring abundant loyalty. His overall commitment to the well-being of others is second to none and leads by example.

I have worked alongside with Mr. Islam in many capacities as head of school advisory for Universal Companies, as a community and school liaison for underserved students and their families and as an active community board member charged with hiring qualified personnel. In all these aspects mentioned, I have witnessed Mr. Islam employ superb acumen and leadership showing his expert ability to guide Universal Company steadily through prosperous and not prosperous times.

Mr. Islam is quite well known in the community for which he serves mainly for his charitable works, kindness and on the ground support. Rahim didn't lead from the executive office, but on the frontline where the struggle was happening. He has personally helped host and facilitate community food and clothing drives for families in need. He has personally helped homeless families acquire housing and has assisted families in danger of losing their homes. Mr. Islam's sensitivity to the needs for others attests to the kind of person he is. Having personally known and worked with Mr. Islam, I'm confident to speak to the dedication and good he has shown me, my family and so many others in the community at large – Mr. Islam is a true asset for our community.

At this time in his life, Mr. Islam is in a daunting situation as he faces judgment. Mr. Islam believes that this is a test in his life. As a man of faith, Mr. Islam is guided by his faith. His faith teaches redemption

through grace. I am not intimately a student of Mr. Islam's faith, I am a Christian however, and my faith teaches the same. Therefore, I soundly recognized Mr. Islam's love for humanity, forgiveness through redemption and grace. He has always exhibited these qualities with those he has served and in my humble opinion in today's world, kindness and consideration is a rare commodity,

Mr. Islam finds himself before your esteemed Court seeking grace. He has expressed that he fully understands the situation before the Court and respects the legal process as do I. However, I firmly believe that Mr. Islam is more than the actions that led to this moment. His dedication to our community has proven to be indispensable and I know he has made atonement and will become an even better human being. Because of Mr. Islam's humanity and track record, I respectfully ask for your leniency Judge McHugh in your sentencing of Mr. Islam.

Please do not hesitate to contact me should you require further information or clarification regarding the matters discussed in this letter.

Sincerely,

Bernadette Peoples

May 5, 2024

Honorable Gerald A. McHugh
9613 U.S. Courthouse
601 Market St.
Philadelphia, PA

Subject: Request for Leniency Abdur-Rahim Islam

Honorable Judge McHugh,

Thank you for this opportunity to speak to you directly. My name is Angelo Perryman, I am the President and CEO of Perryman Building and Construction Services located in Philadelphia, Pennsylvania. My role in this organization is to provide leadership, logistics, and operational direction of construction management services on major commercial and pharmaceutical projects within the Delaware valley marketplace. To achieve those expectations, our leadership requires our firms to support and guide the development of future workers, more inclusive procurement policies to opportunities. We have employed over 1000 people from the Delaware valley over our 25 years in operations in Philadelphia.

In our efforts to improve the path and progress of underrepresented communities, I had the opportunity of meeting other community leaders who had similar views and what was structurally needed improve the trajectory of the African Americans community. This was my first opportunity of meeting Mr. Abdur-Rahim Islam. As an individual who grew up in southern Alabama, I witness the apparent hopelessness of countless members of the African American community who believed that their lives would never change, or that anyone cared. This was the formation of the Philadelphia Community of Leaders where I served with Mr. Islam. We cared! Mr. Islam gave his time and talent towards a worthwhile objective to serve others.

He was the right man to lead our organization which represented a broad spectrum of people who were just starting adult life with a dream and those who had not fully achieve their full potential. The core principles of our organization acknowledged that there was untapped value within our community that required a "servant" leadership to bring forth and maximize a positive return for Philadelphia. Even leaders need leadership.

Rahim Islam provided that leadership and led the organization with hope, tenacity, hard work, while always challenging the status quo and he did this while running one of the largest African American companies in the city. His ability to harness our individual skills sets into a collective and cohesive strategy has been sorely missed and it's with this understanding that we asked the court for mercy and leniency for Mr. Islam and allow his leadership to return to moving our city forward again.

Sincerely,

Angelo Perryman (May 7, 2024 16:29 EDT)
Angelo Perryman

May 8, 2024

Honorable Gerald A. McHugh
9613 U.S. Courthouse
601 Market Street
Philadelphia, Pa 19106

**Re: Leniency for Rahim Islam**

The purpose of this letter is to request leniency for Mr. Rahim Islam whom I have professionally known for more than 12 years.

I first met Mr. Islam while I was working with the School Advisory Board at *UNIVERSAL AUDENRIED CHARTER HIGH SCHOOL* and I have corresponded with him during numerous advisory and community meetings in South Philadelphia. Due to my long relationship with him and the fact that I have seen firsthand his leadership role in the community, I believe that I can speak to Mr. Islam, the person.

As a leader in the South Philadelphia community, Mr. Islam has dedicated his life to the betterment of his community and his fellow brethren. His works have, and will continue to, improved the lives of our young people throughout Philadelphia and well into the future. By starting Universal Companies Families of Schools, Mr. Islam is the one most responsible for bridging the education gap for many of our children. His accomplishments weren't without a serious and sustained personal cost to himself, something most people will never know.

Behind the scenes, he worked with numerous members of the community (i.e., teachers and parent groups), successfully advocating for change and school choice. He tirelessly advocated that communities must organize themselves and stop waiting for the school district to fulfill promises that go unfulfilled generation after generation. Even when faced with significant opposition, Mr. Islam was not deterred, he was determined to break the cycle of generational poverty within the African American community. I believe he has turned this into his life's work because he cares so deeply about our community.

Mr. Islam has always been open and honest with the community – never making promises that he couldn't keep. It has always been a pleasure and honor to work with him because we knew we had a true champion and partner. I pray that you consider Mr. Islam's unbelievable contributions to our city, not only in the education space, but his entire footprint before sentencing. I thank you for taking the time to read my letter and we pray that you consider the tremendous leadership role that Mr. Islam has played in our community.

Sincerely,

Elaine Pickens
Case Manager/ Sped English Teacher

J. "Roger" Powe III
1227 N. 31ˢᵗ Street
Philadelphia, PA 19121
973.953.3763
powefessional@gmail.com

June 18, 2024

Honorable Gerald A. McHugh
9613 U.S Courthouse
601 Market St.
Philadelphia Pa.

Dear Judge McHugh,

I'm writing this request for leniency for Mr. Rahim Islam whom I've known for nearly 50 years. I have a proven track record and experience in communications, marketing, business and community development spanning nearly 40 years working within both the private and public sectors. For the past 12 years, I've also owned and operated a boutique restaurant which employs 10. During my career, it was my responsibility to not only tell the story but to know the story which requires that I would have to "kick" the tires on several occasions. I spent untold hours trying to adequately communicate the positive activities of my clients to its direct and indirect stakeholders. I say this to highlight the fact that I know Rahim Islam and I've "kicked" the tires, and his story is a classic American story.

I worked with Rahim side-by-side on a fish truck selling fresh fish door-to-door as part of a health and job's initiative in 1973. He was a very hard worker then and carried that work ethic into everything he attempted going forward and his accomplishments are stellar. Our community has been hearing about the change that the Black community needs and there is only one example that I know of where positive change happened and at a scale – this is Rahim's legacy. Whether it was transforming entirely devastated and impoverished neighborhoods or taking over the worst performing public schools because the School District had failed our community for decades, the work is just unprecedented.

Rahim just didn't make progress in areas that progress had never been achieved; he also brought people along with him (i.e. homeowners, businesses, students, parents, community organizations, etc.). Rahim injected a new spirit of hope and a "can do" spirit for all that collaborated with him, and I was one of those that did.

When I joined the Greater Brewerytown CDC (Community Development Corp) and later became its President, he consistently assisted and provided guidance for building sustainable community life in a previously underserved population. He carved out time and met with me and our group regularly until our organization was recognized by the city of Philadelphia (RCO).

One of the last things that we jointly worked on was the launching of the Universal TV Network (the first of its kind) that would focus on the news and activities that would highlight the essentials of neighborhood and community development. Unfortunately, this was upended by his current legal woes.

Your honor, Rahim's story and life is an inspiration for so many that know him not as a personality but a loyal brother in the trenches. He has survived and thrived under some of the most extreme childhood conditions which make his accomplishment even more inspiring, and most people don't even know that story.

As a friend, brother, colleague, and admirer of Rahim, I make this personal plea for mercy and leniency for him and pray to Almighty God that your sentence will allow him to get back out here on the civil and human rights battlefield for the good of a people that has very few "servant" leaders like Rahim Islam.

Respectfully,

J. Roger Powe III



**Ronald J. Pressley & Associates Llc**

May 15, 2024

The Honorable Gerald A. McHugh
9613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

              RE:   Rahim Islam

Dear Sir:

      Greetings. I am Ron Pressley, a local attorney. My brief correspondence is merely to add to the chorus of support for my long time friend Rahim Islam.

      I certainly appreciate the gravity of the circumstances that brings Mr. Islam before your Court. It is my hope that your judgment be aided by the fact that Mr. Islam has, over the fifty years that I've known and worked with him, built up a considerable account in the community as a progressive, focused and driven individual. Indeed few individuals whom I've met during my lifetime have impressed me as a natural leader, as has Rahim. His is a leadership expressed not by mere word, but by example, diligence and determination.

      I have this ever lasting visual of Rahim that was posited in my memory banks some years ago when Rahim faced his own life threatening health challenges. He refused to shrink from that threat. So committed was he to his own physical rehabilitation that I would often see him in the gym, late at night, perched upon the elliptical machine wrapped in a rubber suit, totally engrossed in a protracted work out and dripping in his own sweat. So vivid was this impression that it served as my own motivation when cancer came calling at my door, and it spurred me to at least attempt that same level of commitment if not exertion, to my own healing. I've been in remission now for a number of years, and that is in no small part due to Rahim's quiet leadership.

      I trust the justice and understanding of your particular office, and I'm sure whatever your judgment may be in Rahim's case, he'll attack it with the same force of will he attacked that elliptical. I'm reminded of the words of that popular spiritual, "we fall down....but we get up." Whatever you decide, I along with the rest of the community would thank you for allowing this young man, to get back up. We need him.

                       Respectfully yours,
                       RONALD J. PRESSLEY

RJP: abm

April 29, 2024

The Honorable Judge Gerald McHugh
9613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Honorable Judge McHugh,

My name is Tamara Pryor, and I am the eldest niece of Rahim Islam (my late father was my Uncle Rahim's oldest brother). Both my father and my uncle have fostered a profound love of family and community within all of us, and my uncle continues to be a positive example for me, our family, and our community.

I'm not a writer and unable to articulate in writing how I truly feel about my uncle. I love my uncle and he's a very good man and has done so much to help our community and I want to go on the record with you Judge and humbly request mercy and leniency in your sentencing. I hope you take this into great thought and consideration.

Sincerely Yours
TAMARA PRYOR



Obara Realty Group
Obara Investment Realty Advisors
General Contracting

Joe Quinones
CEO
Obara Realty Group
228 West Chelten Avenue,
Philadelphia, PA 19144
JTQuinones@ObaraRG.com
(267) 388-0584

June 28, 2024

Honorable Gerald A. McHugh
9613 U.S. Courthouse
601 Market St.
Philadelphia, PA 19106

Dear Judge McHugh:

My name is Joe Quinones, founder and CEO of the Obara Realty Group. I have over 20 years of experience in investing in and developing real estate, particularly in distressed and emerging neighborhoods. Before founding Obara Realty Group, I served as the Chief Operating Officer of Primrose Development Company in Lagos, Nigeria. I hold an MBA in real estate and finance from the Wharton School at the University of Pennsylvania and a Bachelor of Business Administration from Temple University. I have also for the past 27 years been a tireless community activist, using business as a platform for creating social change in underserved communities.

I am writing to respectfully request leniency in the sentencing of Rahim Islam, former CEO of Universal Companies. I had the privilege of meeting Mr. Islam during the development of Osun Village, a senior housing project in collaboration with Lois Fernandez and the Odunde organization. This was a legacy project for many in the African American community because this neighborhood had been nearly completely gentrified, and many of the new neighbors opposed it.

Through this partnership, I came to know Mr. Islam well, as I represented Odunde Inc. in the development. His dedication to the project and to the community was evident and deeply impactful and it was Rahim Islam who led the successful development of this project.

Mr. Islam has inspired many, including myself, to pursue careers in real estate development focused on distressed and emerging neighborhoods. His guidance and support have been invaluable in launching my career and those of many other Black men. Mr. Islam's contributions to the community and his role in mentoring aspiring developers like me cannot be overstated.

228 W Chelten Avenue, Suite 2F
Philadelphia, PA 19144



A lenient sentence would allow Mr. Islam to continue providing his much-needed expertise and mentorship to those of us who still seek his insights as a veteran developer. His presence and guidance are crucial for the ongoing development and upliftment of our communities.

I hope you will consider the positive impact Mr. Islam has had on so many lives, including mine, when determining his sentence. I believe his continued availability to guide and mentor young developers is of immense value to our community.

Thank you for your time and consideration.


Sincerely,

DocuSigned by:

*Joe Quinones*                    6/28/2024

Joe Quinones
CEO, Obara Realty Group


United Muslim Masjid

*With God's Name Most Gracious, Most Merciful*

*"On them will God pour His mercy: for God is Exalted in power, Wise"* ~ *[Qur'an Chp 9 Verse71]*

May 21, 2024

The Hon. Gerald Austin McHugh, Jr
United States District Court
for the Eastern District of Pennsylvania

**RE: Rahim Islam**

My name is Qasim Rashad. I am the Amir/President of the United Muslim Masjid located at 810 S. 15th Street. As the place of worship for Rahim Islam, we salute all of his community efforts and labor for the betterment of our mosque and the surrounding area. Rahim has been a faithful, active and prominent member of our community for over twenty seven years.

As an honest, devoted and hardworking constituent we are calling upon the court to consider heavily mercy and leniency for our brother Rahim Islam. The removal of Rahim will pose an adverse impact upon the social fabric and infrastructure of our already delicate at risk membership and community. Many revere and rely upon him as an elder with insight, guidance and leadership. As we see more and more of our men disappear into the penal system sentencing a 66 year old Rahim to a lengthy time may in fact be a life sentence.

We therefore beseech and urge the court to have leniency and mercy in this matter. We pray for your clemency in his sentencing so Rahim may return to us and we in return benefit from him in way that all mighty God has intended and that is to serve out his life as a fruitful productive servant of God and this community.

With warm regards,

Qasim Rashad
Amir, United Muslim Masjid
810 S. 15th Street, Phila., PA 19146
ummonline.org

# MICHAEL A. RASHID
1151 PILEGGI COURT, PHILADELPHIA PA 19002
215-510-1645
MARASHID603@GMAIL.COM

April 24, 2024

Honorable Gerald A. McHugh
9613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Judge McHugh:

My name is Michael A. Rashid, and I am writing in support of Abdur-Rahim Islam.   I am the retired CEO of AmeriHealth Caritas, one of the largest health insurance companies in the United States. Under my leadership AmeriHealth was known for its work in delivering high quality health services to impoverished communities.   I am recipient of awards for excellence in community health from the National Institutes of Health, the National Urban League, and the United Negro Scholarship Fund. I earned a Master's Degree in Business from the Harvard Graduate School of Business, and a Bachelor of Science Degree from the University of Southern California.   I marched with Dr. Martin Luther King in 1963 in my hometown of Birmingham, Alabama. I have seen the ugly face of racism and injustice.

For almost 30 years I have supported Mr. Islam's leadership of community development projects ranging from the establishment of the Universal Charter Schools, the Juneteenth Parade and Holiday, the "I Buy Black" movement, and the "Honor the Ancestors" campaign.   In each of these endeavors, I served as either a Board member or an officer with knowledge of operations and management processes.

I have always been especially impressed by the love between Rahim and his children.  I've seen the admiration on their faces and watched him take time to listen to them.  We once vacationed together, and I had the chance to see how close he was to his daughters and sons.

Judge McHugh, I have spoken with Rahim during and since the trial.  He is remorseful, humbled and changed by this experience.  I sincerely hope that you will consider the positive impact Rahim has had in our community and be lenient.  Our community needs Rahim Islam.

Sincerely,

Michael Rashid

DigiSign Verified - c27c767a-7c0d-4948-a33e-8a277c81d2ba

May 7, 2024

Honorable Gerald A. McHugh
9613 U.S. Courthouse
601 Market St.
Philadelphia, PA

Honorable Judge McHugh,

My name is Damon Roberts, and I am writing to request leniency for Mr. Rahim Islam. I am an honors graduate of Harvard University, I attended Teachers College Columbia, and I am an award-winning graduate of Howard University School of Law, which has a tradition of producing lawyers of color who make social change.

For the last 24 years, I have been a real estate professional in Philadelphia, first as a real estate attorney and then as a realtor. I started my journey in Philadelphia working in the City of Philadelphia Law Department, where some of my responsibilities included working on the legal aspects of Mayor John F. Street's Neighborhood Transformation Initiative. In that regard, Mayor Street's initiative was responsible for removing about 200,000 abandoned cars, demolishing abandoned houses, cleaning up vacant lots, planting trees, shutting down open air drug markets. Universal Companies, under Mr. Islam's leadership, was an integral partner in helping to transform the City of Philadelphia, particularly in the South Philadelphia section. After working at the Law Department, I was recruited to work on Mayor Street's campaign, where I was formally introduced to Mr. Rahim Islam. After a victorious campaign, it was the mayor's request that Mr. Islam be a part of the transition team. As a staffer on Mayor Street's transition team, I found Mr. Islam helpful to the team as Mayor Street launched his second term.

Over time, apart from being derailed by this recent federal case, Mr. Islam has remained an important and relied-upon member of the Philadelphia leadership community. As a resident of Graduate Hospital and Point Breeze neighborhood, I saw his work up close and personal. As we see an increasingly upscale Philadelphia, it's easy to forget the days when prostitutes paraded themselves along Broad Street or when housing was dilapidated in Graduate Hospital. I have sat in more than a few meetings with Mr. Islam and stood at a South Philadelphia few street corners where the children at the Universal Schools greeted him warmly and with disciplined behavior. So, whether it was with large scale housing metamorphosis, or transformative blight removal, or the educational upliftment of thousands of children or putting millions of dollars of equity into the pockets of South Philadelphia homeowners, Mr. Islam has been at the forefront of making Philadelphia a better place.

I have also seen his personal health transformation, losing over 100 pounds. I have met his children, who are also good upstanding people. I have witnessed his participation in the Islamic faith community. As a real estate professional, as someone involved in the government and political spaces, I have met thousands and thousands of people from Philadelphia. I have never met a perfect person, not one. But I can count on two hands the people I have met who have earned my respect as genuine, passionate, inspired, and inspiring people who have been thoroughly committed to making their community a better place - and, without question, Mr. Rahim Islam is one of those people.

There are more positive things that I can share about Mr. Islam, but I wanted to provide enough of a flavor to convey that Mr. Rahim Islam has, for decades, been a bedrock member of the Philadelphia difference-making Community, particularly the African American Community in Philadelphia. To the

DigiSign Verified - c27c767a-7c0d-4948-a33e-8a277c81d2ba

extent that the profound difference that he has made in Philadelphia would be a part of your leniency considerations, it is my hope that my brief positive thoughts would contribute to your decision-making process.

Best,


Damon Roberts

*Damon Roberts*

Adelina R. Robinson
6944 Cedar Park Ave.
Philadelphia, PA. 19138
ababypaw422@gmail.com

April 16, 2024

Greetings Honorable Judge Gerald A. McHugh;

Re: Sentencing / Rahim Islam

I, Adelina Robinson, am the first Cousin of Rahim Islam. We grew up a few blocks apart. He has always been a respectable family person.

I have always had a special love, and closeness with him. He is someone that I could look up to and admire. I am praying that the court will grant Rahim, mercy and leniency during this sentencing.

Respectfully,

Adelina R. Robinson



**YESHA MINISTRIES WORSHIP CENTER**

**2301 Snyder Av   Phila. Pa 19145**

**215-271-4017**

May 14, 2024

Honorable Gerald A. McHugh

9613 U.S. Courthouse

601 Market St.

Philadelphia PA

Your Honorable Judge,

My name is Bishop James D, Robinson, Pastor of the Yesha Ministries Worship Center located at 2301 Snyder Ave. Philadelphia Pa 19145. Founded in 1999 as a community-based church to help mitigate the issues in the community, our ministries support a number of efforts in the city and specifically in South Philadelphia addressing homelessness and drug and alcohol addiction. "Yesha comes from the Hebrew word which means salvation," and we direct our church and our ministry to address the needs of the whole community with both spiritual leadership and hardcore solutions.

Yesha Ministries has worked with PA State Representaitve Jordan Harris, Mayor Jim Kenney, and The Charlie Mack Celebrity Weekend and teamed up with celebrity and Philly native Will Smith for a party for peace weekend. Our success relies on community partnerships and collaborations which allows us to increase and expand our footprint where I came to know Universal and Mr. Islam.

I've known Mr. Islam for nearly 20 years and have collaborated with him on several efforts to help improve our community. One collaboration that speaks to the positive impression that Mr. Islam has had on me is the "Call for 10,000 Men Initiative." This initiative attempted to organized and mobilize the men in our community to stem the tide of violence and address some of the "root" causes of crime (i.e. jobs, mentorship, etc.). This was a massive effort, and the kick-off event was held at Temple University's Liacouras Center were we gathered nearly 10,000 Black men to participate.

We worked extremely closely together on this effort, which was 100% voluntary. We put in hundreds of

hours with meetings, planning, and organizing community groups from all over the city. I personally observed Mr. Islam leadership, selflessly use his time, energy, and his resources to make this effort a success. Mr. Islam is well-known for his passionate commitment to our city and our community and on this effort, I witness his commitment personally.

When I became aware of the verdict against him, I had to write this letter because knowing Mr. Islam as I do, if given leniency, his atonement would benefit our city and our community. Mr. Islam has been a force for good in our community for many years and my heart's desire is that his work continues.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Bishop James D. Robinson

May 17, 2024

Honorable Gerald A. McHugh
9613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Honorable Gerald A. Mc Hugh:

I hope all is well with you and yours.  My name is Kenneth Salaam, I am 75 years old, married with 5 stepchildren. I was very active in the Civil Rights Movement during the 1960's. I worked alongside Dr. Martin Luther King Jr.  I was surprised to find out later, that there was a photograph of me on displayed in the King Museum in Atlanta Geogia, escorting his body to his final resting place.

I am also the last living person who was there on the first day, when demonstrations began to desegregate Girard college in 1965, under the leadership of attorney and civil rights activist Cecil B. Moore. In short, my life has always been involved in sincere non- violent efforts to make our world better and safer.

I am writing you on behalf of my friend Rahim Islam, who is scheduled to stand before you in July of this year. It was my social advocacy posture that led me to meet and support Rahim when I saw his efforts to improve the living and housing conditions in city neighborhoods that had been neglected for years. His leadership sparked new life in blighted neighborhoods in South and North Philadelphia. I believe his efforts initiated one of the biggest community housing revitalizations in Philadelphia in the last 25 or more years. His unfortunate current legal situation can never erase his good works. It is said in all scriptures that one must always strive to have their good deeds outweigh their bad deeds.

Unfortunately, today your honor will have the last say for his deeds that the law prescribed as not good. I ask you to consider the total life of this man's work when you make your decision about his life. Leniency, I believe is wrapped up in the legal cloth of Mercy. I believe there are many more good intentions still in Rahim, regarding his desire to improve the quality of life for the less fortunate.   I prayed your decision will give him an opportunity to reflect on his life now and the positive possibilities that can await him in the future. Please, your Honor "Give him the time to think and not to sink."  Thank you taking the time to read my support letter for Rahim Islam.
Sincerely

Kenneth A Salaam
"Freedom Smitty"



Seamón Enterprises & Entertainment Co.
3035 Stone Mountain Street
Suite 1566 Lithonia, GA 30058

The Honorable Judge Gerald McHugh
9613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Judge McHugh,

I'm writing to request leniency and mercy for my uncle, Rahim Islam. My name is Felicia Seamon, Philadelphia native and wife of Jermaine Seamon (Rahim Islam's nephew) and share with you a deep admiration and respect for my uncle Rahim.

I've known Uncle Rahim for more than 22 years, and during this time, he has been an unwavering source of support and guidance for me, my husband, our daughter, and our business. His presence in our lives has been nothing short of exceptional, and his commitment to our well-being and our success has been overwhelming and we love him.

Uncle Rahim has consistently demonstrated integrity, kindness, and generosity in all his interactions with us. He has provided invaluable advice, emotional support, and financial assistance when we needed it most. His wisdom and guidance have helped us navigate challenging times and helped us to make sound decisions for our family and business.

I can attest to Uncle Rahim's strong dedication to his entire family and community, and his genuine desire to help others on a scale that is hard to replace. He is a pillar of strength and a role model for all who know him. His positive influence has had a profound impact on our lives, and we are truly grateful for his presence.

As Uncle Rahim faces the legal proceedings ahead, I humbly request your consideration for leniency and mercy in his case. I believe that his actions going forward will only be motivated by an increased desire to support his community and uplift those around him and continue to contribute positively to society if you give him this opportunity.

Thank you for taking the time to consider my request for leniency and mercy and pray that you consider the positive influence he has on our lives and the lives of so many. Should you require any further information or clarification, please do not hesitate to contact me at (215) 834-9486 or admin@seamonent.com.

Respectfully,

Felicia Seamón

Felicia Seamón, CEO
Seamon Enterprises and Entertainment Co. (SE&Eco) and
The Seamón Family Foundation 501(c)3

Ja'Net Seamon
3845 North 16th Street
Philadelphia, PA 19140


April 16, 2024


Honorable Gerald A. McHugh
9613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106


Dear Honorable Judge Gerald A. McHugh,

I am writing to ask for leniency in the sentencing of my Uncle Rahim Islam.

My Uncle is more like a father to me and has always been there for me and my family. My Uncle is a great father and has been a father figure to so many in and outside of our family. The idea of him serving time would be devastating for all of us. To our family he is our dependable leader and encourager, I plead for your consideration in his sentencing.


Thank you, Honorable Judge Gerald A. McHugh for your kind attention and for your reflection to this matter.


Respectfully,

*Ja'Net Seamon*

Ja'Net Seamon



Seamón Enterprises & Entertainment Co.
3035 Stone Mountain Street
Suite 1566 Lithonia, GA 30058

Honorable Gerald A. McHugh
9613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Judge McHugh,

My name is Jermaine Keith Seamón, and I am employed as a crime scene investigator at Dekalb County Police Department and a two-time children author ("Daddy's Big Secret, Jordan Learns the Truth," and "The Little Bird and The Magic Oracle,". I am currently a resident of Covington, GA. I am reaching out to humbly request your mercy and leniency for my beloved Uncle Rahim Islam.

My beloved Uncle Rahim played a pivotal role in my life during my formative years in growing up in North Philadelphia. He provided me with guidance, love, and support that have shaped me into the person I am today. His influence instilled in me a deep appreciation for family, a passion for sports, and the value of true friendship.

Throughout my twenty-two years of marriage to my wife Felicia, Uncle Rahim's teachings have continued to resonate in my heart and guide my actions. His unwavering belief in me has been a source of strength and inspiration, and I am forever grateful for his presence in my life.

I understand that Uncle Rahim is not a perfect man, but no one is, I urge you to consider the positive impact he has had on my life and the lives of others within the Philadelphia community. I believe that with your compassion and understanding, he can be given a second chance to continue to contribute positively to society.

Your Honor, I kindly ask for your mercy, compassion, and leniency in Uncle Rahim's case. Please consider the love, support, and guidance he has provided me and his family as a father and grandfather throughout the years.

Thank you for your time and consideration.

Sincerely,

Jermaine Keith Seamón
215-669-1011
admin@SeamonEnt.com



GREGORY SCOTT, MEMBER
54TH LEGISLATIVE DISTRICT

6B EAST WING
P.O. BOX 202054
HARRISBURG, PENNSYLVANIA 17120-2054
(717) 772-0749
FAX: (717) 780-6026

1019 WEST MAIN STREET
NORRISTOWN, PENNSYLVANIA 19401
(484) 685-3494
FAX: (484) 685-3406

WWW.REPGREGSCOTT.COM

## House of Representatives
### Commonwealth of Pennsylvania
### Harrisburg

COMMITTEES

FINANCE
GAMING OVERSIGHT
INSURANCE
VETERANS AFFAIRS & EMERGENCY
PREPAREDNESS

CAUCUSES

LEGISLATIVE BLACK CAUCUS
SOUTHEAST DELEGATION

April 20, 2024

The Honorable Gerald A. McHugh
9613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re: Leniency for Rahim Islam

Dear Judge McHugh:

I met Rahim Islam in 2010 while working for a United States Congressman. Mr. Islam was meeting with Congressman Sestak on the systemic disinvestments in communities of color and his vision to give those that have been disproportionally affected an opportunity at accessing the "American Dream." Mr. Islam shared his vision to stem the erosion of the family unit by ensuring that the most impoverished census tracks in the city of Philadelphia have access to a quality education, housing and other economic opportunities that gave families an opportunity to lift themselves out of poverty. What was memorable about that interaction is that Universal did not just talk about work that they could do, they talked about the work they already did and how impactful it already had been.

In June 2011, I joined Universal Companies as the Special Assistant to the President/CEO. I had a front row seat over the next 4 years to the 15 – 20-hour workdays that Mr. Islam put in every day to help make that vision a reality. Mr. Islam traveled extensively to meet with political, civic, business, community, and education leaders throughout the country seeking much needed resources and to see firsthand what they were doing in similar settings to ensure that we implemented the best ideas and best practices for excellence.

Our schools had to be more than teaching and learning institutions due to the complexities of the scholars we served. During my tenure, Mr. Islam played an integral role in the operations of our organization. He was in constant meetings selecting staff, teachers, and administrators as well as visiting buildings to learn ways to improve our team on the ground. I know because I spent a considerable amount of my time assisting Mr. Islam in the coordination and follow-up of key findings with the entire Executive and Management Team.

Once Mr. Islam learned that our educators were spending a lot of time focusing on non-academic work for our scholars, he created Universal Family Support Centers within each school to provide supportive services and socials workers that could help connect families in distress with the services that they need. Parents who recently lost their job and need assistance finding work could come in and build their resume. Families that were displaced due to a house fire and did not have insurance came in to find resources to help rebuild. Regrettably a recurring example would be connecting our scholars with outside mental health resources after witnessing losing a friend to gun violence.

After working at Universal Companies, I became a Magisterial District Judge. Each day that I went to work, I saw defendants that were in front of me for behaviors that were symptoms of their "broader disease". The disease of disenfranchised education systems and lack of economic opportunity has real costs to communities and our national security. I left the bench after 6 years to join the Pennsylvania General Assembly to change these systems for the better. I am using the lessons and examples that I learned from Mr. Islam during my tenure at Universal.  In my first budget as a State Representative, I advocated for the largest increase in the basic education formula and set aside funds for scholars to receive supports from social workers and mental health practitioners in schools – not because they were great ideas but because I saw it work!

Mr. Islam did not just implement the 'right ideas'; his efforts helped save countless individuals in the streets of Philadelphia. There is published data that affirmed Mr. Islam's position that providing the right education environment for scholars that come from the communities we serve, pays exponentially high benefits to society. Nothing stops a bullet better than an educated brain with the potential for economic opportunity.

I am hopeful that when you are making your decision, that you consider the totality of how important Mr. Islam is to our community. He has certainly left an indelible mark and his legacy will include his efforts to lift a community that has been left behind. I do understand many of the burdens associated with judicial decisions. I sincerely appreciate your kind review of my request to afford Mr. Islam some leniency during sentencing.

Sincerely,

Gregory L. Scott
State Representative
54th Legislative District

May 6, 2024

Honorable Gerald A. McHugh
9613 U.S. Courthouse
601 Market Street
Philadelphia, Pa 19106

Re: Rahim Islam

Dear Honorable Judge McHugh,

I humbly ask your good office that you show utmost leniency in your choice of a sentence with respect to Rahim Islam. I am appealing and pleading for your clemency as as a long time friend and associate of Rahim.

I've known Rahim for over 10 years. We first met after I lost my 18 year old son Jarell to senseless gun violence. He invited my wife and I to meet with him to share our goals on how we were looking to honor our son's legacy by creating a non profit organization to support the youth in the city to keep them safe. He immediately connected us with another couple who had also lost their son and had the same vision. They became our mentors and our organization came to fruition as an official non profit 13 years ago. Rahim was instrumental in bringing together like minds to form the Jarell Christopher Seay Love and Laughter Foundation. Through our work we have supported numerous youth across the city gun safety workshops, back to school drives, holidays toy/coat drives, sponsorship to summer camp, family fun day trips to the shore, and food distribution during the pandemic.

Rahim Islam has worked over the years to bring community leaders together across the city to build change to enhance our communities. He participated in several charitable and social development campaigns and programs such as the Kitchen Cabinet and Philadelphia Community of Leaders. He saw a purpose and opportunity with everyone he crossed paths to build better communities.

Your honor, thank you for your consideration and time to read this letter.

Respectfully,

Joel Seay
Co-Founder
Jarell Christopher Seay
Love and Laughter Foundation

May 8, 2024

The Honorable Judge Gerald A. McHugh
U.S. District Court for the Eastern District of PA
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Judge McHugh:

My name is Aminah Shabazz, and I have known Rahim Islam
Sr. as a friend of my father since childhood. I had the pleasure of
getting to know Rahim on a personal level through a community
project we both worked on in 2011. There was no other team
member who worked harder and scheduled more meetings to
move the agenda further to bring the status of quality public
education for children in the City of Philadelphia higher. During
our professional interaction, we developed a personal
relationship. The majority of our personal conversations
centered around his passion to enhance the educational offerings
and quality in the public school system in our city and other
cities throughout the country where racial disparities impact
minority children exponentially. Rahim also sought to expand
quality affordable housing for thousands disinvested in our city
and truly cares about working families. Rahim was a tireless
advocate for quality schools and affordable housing for
thousands of working families.

Your Honor, I have never been on a team that had a better leader
than Rahim. He was passionate about giving children a chance
at a good education and a decent place to sleep. I write to you on
his behalf to try and impart this part of his life that was most
meaningful. Nobody wants to be remembered for the worst time
in their life or for a mistake. Context is necessary to truly
understand how much Rahim's work benefited children that
were underserved and neglected historically. Rahim has been a
contributor in our society and a champion for the down trodden.
I humbly ask that Your Honor consider his good deeds and
couple them with his transgressions and come to a lenient
sentence. I know Rahim is extremely remorseful and his health
has taken a huge blow. One of the main rationales for
punishment is to reduce recidivism. I am confident that Rahim
can and will continue to be a productive member of our society
as a law abiding citizen.

Please do not hesitate to let me know if may provide additional
information.



**Safiyya Shabazz MD, FAAFP**
The family practice that loves you back!

The Honorable Judge Gerald A. McHugh
U.S. District Court for the Eastern District of Pennsylvania
9613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

June 3, 2024

Dear Judge McHugh,

My name is Dr. Safiyya Shabazz and I am writing to express my support for Rahim Islam, Sr. I am a board certified family physician and currently serve as president of the Philadelphia affiliate of the National Medical Association, the oldest and largest association of Black physicians in the country.

I have known Mr. Islam for more than two decades, through a mutual connection with my father. I have always known him to be a servant leader whose dedication and passion for the betterment of our society have left an indelible mark on our community. However, it was through our shared involvement in a community project in 2011 that I truly came to appreciate Rahim's unwavering commitment to improving the lives of others.

While working tirelessly to advance the cause of quality public education in Philadelphia, Mr. Islam emerged as a driving force for our project, tirelessly organizing meetings and rallying support to elevate the standard of living for residents of our city. While his contributions in the education space are well known, his fervor extended beyond education, as we also worked together on initiatives to improve access to high quality fresh food through urban agriculture. Additionally, he has championed the cause of affordable housing. His multifaceted interests and advocacy show he has long recognized the need to provide a stable infrastructure that supports a healthy, safe community in which all can thrive.

In our personal interactions, Rahim's passion for social justice and equity was palpable. He spoke earnestly about his desire to address racial disparities in education and housing, demonstrating a profound empathy for those marginalized by systemic injustices. Mr. Islam's dedication to the well-being of our community was evident in every action I observed.

It is with a heavy heart that I acknowledge Rahim Islam, Sr.'s transgressions. However, I implore Your Honor to consider the context in which they occurred and the overwhelming good that Mr.

Phone: 215-924-2440
Fax: 267-437-2346

22 E Mount Airy Ave
Philadelphia, PA 19119

info@fountainmed.net
www.fountainmedonline.com

Islam has brought to his community. Mr. Islam's lifelong commitment to uplifting the marginalized and underserved speaks volumes about his character and integrity. While his actions may have faltered, they do not negate the countless lives he has touched and the positive impact he has had.

I firmly believe that Rahim's remorse is genuine, and that he is eager to make amends and continue contributing positively to society. His health struggles only serve to underscore the urgency of a compassionate and lenient sentence. Rahim Islam demonstrated his potential for redemption long before his unfortunate entanglement in the current legal quandary. I have every confidence that he will emerge from this experience as a stronger, more conscientious member of our community.

In conclusion, I respectfully urge you to consider Rahim Islam, Sr.'s exemplary contributions to our society, and to weigh them thoughtfully against his transgressions. I believe that a lenient sentence would not only be just, but also in the best interest of promoting healing and reconciliation.

Please do not hesitate to reach out if you require any further information or clarification. I can be reached by email at sshabazz@fountainmed.net or by phone at (267) 902-6240.

Sincerely,

Safiyya Shabazz, MD

*Owner, Medical Director*
Fountain Medical Assocoates, PC

*President*
Medical Society of Eastern Pennsylvania
A National Medical Association affiliate

Claudia S. Sherrod,
Retired Director/President SPHinc/PBCDC
2141 Federal Street
Philadelphia, PA 19146

May 20, 2024

Dear Honorable Gerald A. Hugh,

My name is Claudia S. Sherrod, born and raised in South Philadelphia. My husband and I were married 63 years. I have continued to live in Point Breeze since my husband's recent passing and together we raised 4 beautiful children. In 2017 I retired from my position as Director South Philadelphia H.O.M.E.S. Inc. and right before that I retired my position as President of Point Breeze Community Development Coalition where I served over 40+ years. I've worked most of my adult life trying to revitalize our community and a year ago, I was honored with a street naming: "Claudia Smith Sherrod-way".

For over the past 25 years I have had the distinct pleasure of working with Rahim Sr. He was always a gentleman to me and a very energetic smart young man. I met him as he started his work with Mr. Kenny Gamble. He started a 501 C 3, which he was very good at it. He navigated the necessary systems to enhance the name of Universal Homes as well as Mr. Gamble. In doing so, Rahim was given the open, caring support to experience and share his skills and the ability to broaden and expand the vision he had for the schools.

At no time did he not promote the positive attitude and genuine concern for the community he served. After several years formulating the charter schools and putting all that was needed in place, he asked me to become a member of the charter school board of directors. There I saw firsthand what Rahim Sr. was doing and later understood how he felt the vision could be expanded to different communities in Philadelphia.

I know personally of his effects, and ethics. He has helped a lot of people with his ability to assist in the economics and education world. In addition, he shaped and formed the leaders of the charter schools he formed.

I am asking you Honorable Judge Gerald A. McHugh, please give lenience and compassion to a man that went forward to help and got caught up in helping over not achieving in the way he did not see could succeed. I urge you to look at the good for the youth and the community that he sought to achieve. Many times, we get caught up for the good, with good intentions, however they turn sour. I urge you to give clemency to Rahim Sr.

Sincerely,

*Claudia S. Sherrod*

Claudia S. Sherrod

**Blane F. Stoddart**
**Navy Yard, 4605 S. Broad Street**
**Philadelphia, PA 19112**
**P: 267-266-1612**
**F: 484-380-3453**
blane@bfwgroup.net

Honorable A. Gerald McHugh
9613 US Courthouse
601 Market Street
Philadelphia, PA 19106

*Re: Leniency Letter, Rahim Islam*

Dear Judge McHugh:

I am writing to humbly request leniency in your sentencing for Rahim Islam, the President of Universal Companies. I met Mr. Islam nearly 30 years ago when I started to build affordable housing in West Philadelphia where I headed The Partnership Community Development Corporation. The Partnership CDC was dedicated to build affordable housing and promote economic development in West Philadelphia, west of the University of Pennsylvania. Mr. Islam was viewed as a champion for the community as he was building hundreds of affordable units in South Philadelphia. Those homes still remain today in South Philadelphia all along 15th, 16th and 17th Streets from Catherine to below Washington Avenue.

Mr. Islam then started the Universal Charter Schools which took hundreds of students from the community teaching them discipline, academic resilience and hard work. I believe that the Universal Charter Schools had an impact at the height of their enrollment as we did not see the level of violence then that we now see today in South and Southwest Philadelphia. Mr. Islam has done wrong, but the good book says we should weigh one's deeds and look at the good versus the evil. Mr. Islam has made mistakes and has paid the price.

I beg for mercy for Mr. Islam as he has done so much good in the community. I pray that my humble request will have an impact on your decision.

I remain humbly,

Blane F. Stoddart
President and CEO
BFW Construction Project Managers
267-266-1612



5515 Chester Avenue
Philadelphia, PA 19143
(215) 817-9887|
www.acbcphilly.net

## African & Caribbean Business Council

May 24, 2024

Honorable Gerald A. McHugh
9613 U.S. Courthouse
601 Market St.
Philadelphia PA

Dear Judge McHugh,

My name is Stanley Straughter and I've been a specialist in international business development for nearly 40 years. I lived and worked in several countries of Africa, Central Asia and the Caribbean providing advice and counsel to governments on trade policy, foreign investment, and economic growth. I've focused a good part of my career working to increase business opportunities between the Global African diaspora and the United States. I'm currently the Chairman, African and Caribbean Business Council of Greater Philadelphia; Chairman of the Board, UNESCO Center for Global Education; Member of the Board of Directors, Constituency for Africa; and Member of the team that has developed Africatown, in Southwest Philadelphia.

Mr. Rahim Islam has been a dynamic leader in our community in both the public and private sectors. I have had the pleasure of working directly with him, as we sought to support a number of not-for-profit organization complete their missions. For example, he has worked with me to support the African and Caribbean immigrants in Philadelphia. Mr. Islam has worked with me and the African Cultural Alliance of North America (ACANA) to discuss issues impacting immigrant children and their families.

In the private sector, Mr. Islam and I have worked together to support African and Caribbean small businesses in our community. Each year we have organized an African and Caribbean Business RoundTable to increase awareness of the opportunity to expand our economy and increase job growth by promoting international trade.

I consider Rahim Islam a true inspiration and benefit to our community. His vision and tenacity are unmatched. I've watched him up close and in person bring siloed and splintered stakeholders together for the benefit of a community that has very few assets and even fewer friends. Rahim's leadership and contributions to our city goes much further and has overlapped almost everything that I've done to support the Global African Diaspora, in the areas of education, cultural exchanges and international business.

I humbly request your Honor to have mercy and leniency with Rahim Islam.

Sincerely,

Stanley L. Straughter, Chairman,
African and Caribbean Business Council of Greater Philadelphia

Supporting African & Caribbean Entrepreneurs in the Greater Philadelphia Area: Access to policy makers, financial and technical resources in Pennsylvania, Africa, and the Caribbean



May 31, 2024

**Honorable, Gerald A. McHugh**
Federal Judge
9613 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

RE:   **Rahim Islam**
**Request for Leniency Letter**

**Honorable Judge McHugh,**

Your writer is Lin Thomas, the Chairman & CEO of two of the largest African American owned enterprises headquartered, in Philadelphia.   SUPRA Office Solutions, Inc. sells Office Products, much like; "STAPLES", "OFFICE DEPOT" & "W.B. MASON" to businesses, universities, hospitals, and large and small corporation and non-profits; and EMSCO Scientific Enterprises, Inc. which sells Laboratory & Research Supplies to Research Universities and Pharmaceutical Companies, as well as, Excipient Chemicals (inactive ingredients) to pharmaceutical companies, that are utilized to manufacturer vaccines.

We are located in the West Parkside Area of Philadelphia, in our own, newly constructed 70,000 square foot office/warehouse facility, on 9 acres of acquired land.

I've spent a considerable amount of my time and energy, not only building my company, but also fighting against structural inequities that stifle minority businesses, specifically having access to opportunities and access to capital, without either you can't succeed.   It's under these conditions that I've worked with Rahim Islam for nearly 30 years.   Rahim Islam's commitment to support and provide opportunity to small diverse businesses can be seen in our relationship. Our business relationship with him grew to become a substantial segment of our portfolio and allowed us to leverage it to secure additional business opportunities.   In fact, our relationship was so impactful, our firm was recognized by OfficeMax/Office Depot and The University of Pittsburgh which laid the foundation for future growth.

As Universal grew as an accomplished real estate developer and school operator, his influence and political capital grew as well. Rahim didn't harness this capital for himself or even for Universal. He utilized his influence and political capital to urge majority companies to increase business opportunities with minority companies. This was not a slogan for Rahim Islam, it was his life's mandate. As Universal grew, he contracted with a number of minority companies even when it cost more (a derivative of the status quo). Rahim was committed to increasing minority participation and we all grew together (rising tide lifts all boats).

Universal was not only our customer but a strategic partner and together we worked to show the "majority" business community that if minority companies are given the opportunity, they could deliver and help the community. I've worked with Rahim on several other initiatives – too many to mention, and I viewed him as a consummate professional and "servant leader" who would lend his name and his person to any activity that looked to improve the conditions facing the African American community.

**Judge McHugh,** I sat through several days of the trial. There is one important observation that I made, and that is you proved to be a fair jurist and I'm prayerfully urging you to consider leniency when you render your sentence to Rahim. Rahim has lived many, many honorable years, as a dedicated servant to the broader Philadelphia community and, if allowed, has more to give our community that is in need. God provides Mercy to *All* of Mankind, withstanding our sometimes deviations from the right path. I am encouraged that you possess the soundness to render a fair sentence that incorporates a dose of leniency and mercy. Rahim has a weighty measure of good on his scale, and I believe this entire ordeal will allow him to correct his past mistakes and prove worthy of your consideration.

Respectfully submitted,

*Lin Thomas*
Chairman & CEO
**SUPRA Office Solutions, Inc. &**
**EMSCO Scientific Enterprises, Inc.**
4801 W. Jefferson Street
Philadelphia, PA 19131
(T/F) 855-77SUPRA *(855-777-8772)*
(P) 267-275-8888
(F) 267-275-8883
(C) 267-844-1555
www.supraos.com

**Robert C. Totaro**
**601 State Street**
**Lancaster, PA 17603**

Honorable Gerald A. McHugh
9613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

May 6, 2024

The Honorable Gerald McHugh:

I was raised in a large family in Delaware County and attended parochial schools there and graduated from Monsignor Bonnor High School. After graduating high school, I entered the seminary of the Augustinian Order and in 1967 I was ordained to the priesthood and assigned to the Monastery at Villanova University where I taught undergraduate Theology and served in the Chaplain's Office and would ultimately be appointed Chaplain of the University in 1970.

My work in the Order and Chaplin's office exposed me to the inequities within underserved communities and in 1971, I left the Augustinian Order to pursue community organizing and development work. I wanted to translate my spiritual beliefs into concrete benefits for those less fortunate than I.

After nearly 15 years as a consultant, in 1985, I joined Pennrose Properties where I remained until 2005. It was at Pennrose that I met Kenny Gamble and Rahim Islam and together we formed a strategic partnership that would be the foundation for the revitalization of several neighborhoods in Philadelphia, PA and Newark, NJ. While Pennrose's primary focus was the brick and mortar, Universal leveraged these projects to squeeze out every possible economic benefit for those that had been trapped in "generational" blight and decay using these opportunities to assist them in, not only returning to a new community, but to be better off economically (a real step up).

Our partnership was monumental and game-changing (360 degrees of benefit) rebuilding entire neighborhoods by removing concentrated blight; building several hundred units of affordable and quality housings; creating retail; and restoring neighborhood and community assets. These efforts have become the catalyst for the wider neighborhood real estate values appreciating (in some cases values skyrocketed) making it a win/win for all the community stakeholders. These types of accomplishments couldn't/wouldn't happen without Rahim's dogged leadership and his commitment to changing the outcomes for many in his community.

I've known Rahim for over 30 years; I've worked with him side-by-side for many of those years, and his works have made a difference. I know firsthand the value of this man, the spirit of this man and for us both it was always about converting our spiritual inspiration into action. I respectfully plead

that you accord Rahim Islam a measure of leniency in his upcoming sentencing. He has worked diligently to improve the overall living conditions and to instill hope in the lives of literally thousands of members of disadvantaged communities over many years.

Please consider his contributions to our society and the remaining opportunities he might have to continue that work, when deliberating his fate.

Thank You.

Sincerely,

Robert Totaro

June 24, 2024

Honorable Gerald A. McHugh
9613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Judge McHugh:

I am writing to request leniency for Rahim Islam.

My name is Mark A. Wade Sr. I am a life long resident of Milwaukee, WI. where I met Mr. Islam. My roles in Milwaukee have included working for the Milwaukee Fire Department for 30 years, community volunteering with Project Respect and The Fellowship Open, and mentoring at various Milwaukee Public Schools. I am currently a partner of Paradies Lagardere at Mitchell International Airport and sit on the board of Black Arts Festival and Christian Faith Fellowship Church-both in Milwaukee.

I've known Rahim for a little over a decade and we have collaborated on many projects. Some of our initiatives were Universal Charter School, restoring Black Arts Festival, Community Brainstorming which is a monthly gathering where public, civic, business and philanthropic leaders meet to discuss challenges in Milwaukee. I watched Raheem work tirelessly to integrate togetherness and be respected in a way many who have been here there entire life could not have. He brought together so many people who had prior to his coming, never connected.

I find Rahim to be one that is compassionate-has a genuine love for all people and a servant to our citizens.

Your honor, I humbly ask that you grant Rahim Islam mercy and leniency in his sentencing. I believe that if given the opportunity Rahim would spend the remainder of his life righting his wrongs and his next path would be a great asset to society.

Sincerely,

Mark A. Wade Sr.

May 5, 2024

Honorable Gerald H. McHugh
9613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re: Request for Leniency for Rahim Islam

Dear Judge McHugh:

I am Eric Ward, a former employee of Universal Companies. For several years, I served as Vice President of Workforce Development, one of the largest divisions at that time, under Mr. Islam's direction. In that role, I managed the Universal Center for Employment Training (UCET), one of the most successful job training programs in the city of Philadelphia and commonwealth of Pennsylvania.

Universal's model was a wholistic approach to addressing the issues facing the African American community with the goal of building economic systems within the community that our residents could depend on. No matter where you were in the employment continuum, UCET would prepare individuals for a job and then get them placed in a job that paid a prevailing wage with health benefits. UCET would remove the obstacles that job seekers had (i.e. childcare, life skills training, skills training, stipend, etc.) and connected them with job opportunities in several different sustainable sectors. Mr. Islam brought several employers to UCET where we developed strategic partnerships, we prepared them, they hired them.

I got to know Mr. Islam closely and witness firsthand his commitment to our community. I was part of his executive cabinet and worked closely with him at every level. While he was a very tough manager, he was effective because he led by example. There was nothing he asked me to do that he didn't do himself. His leadership was contagious and Universal became a blueprint on how to transform under-served communities and create economic opportunities that the residents could take advantage of. We had members of the community that we called a "three-pher," they trained with us; we assisted them with employment; and they became first time homebuyers. I can't tell you how proud I was to witness the human successes that we had during my time working with Universal and Rahim Islam and none of this would've been possible without his leadership.

Today, there are several communities that have undergone a major transformation, and this couldn't have happened without the unbelievable personal commitment of Mr. Islam. Creating opportunities for those that have been forgotten or who have felled through the cracks was of personal interest for Mr. Islam and he mandated that Universal and its staff feel the same way. Under his leadership and direction, several neighborhoods in South Philadelphia were literally transformed.

It is nearly impossible for me to convey to you the human component of Universal's success and Mr. Islam's commitment to making a difference (just reflecting warms my soul). I pray that the Court will look at all the years and work that Mr. Islam had done to give people a real chance at a better life. I humbly ask the court to give Mr. Islam mercy and leniency and allow him to get back into the struggle that he has dedicated his life to.

Sincerely,

Eric Ward
#215-987-7288
wardassociates1@gmail.com

Zenobia Waridi
2450 79th Avenue
Philadelphia, PA 19150
zwaridi@yahoo.com

May 22, 2024

Honorable Gerald A. McHugh
9613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

**Subject: Request for Leniency in the Sentencing of Rahim Islam**

Your Honor, I am writing to you to respectfully request leniency in the sentencing of Mr. Islam and to consider an alternative.

My name is Zenobia Waridi and I am a Community Economic Development Specialist. I have an Undergraduate Degree from Temple University in Urban Studies and a Graduate Degree from New Hampshire University in Community Economic Development. I have been transforming lives and neighborhoods since 1981 and I have never worked with or for anyone with a higher work ethic and standards than Rahim Islam.

I have known Rahim for almost 25 years, which includes several years as my boss. I know him to be a person of good character, integrity, and a work ethic that surpasses anyone I have ever met. He has always been a person who worked extremely hard to help people and the community we served. I am considered a workaholic myself, but when I met Rahim, I couldn't believe how much he did daily and how many projects he and the company managed simultaneously. Because of his capable leadership and commitment to improving lives in the community we served, so many individuals were changed for the better.

Your honor, I know you are aware of some of the outstanding work and accomplishments of Rahim Islam, I'm here to say it's not only true, but it is also much more transformative than words can describe. Several "entire" sections of South Philadelphia have Rahim's fingerprints in its transformation and these communities have become some of the most desirable neighborhoods to live in for people of all races, financial status, and preferences in the city of Philadelphia. His relentless work ethic and belief that everyone deserves an affordable and well-maintained home to live in drove him to lead a team (including myself) to do the work required to make it a reality. When working with Rahim, you felt the sense of urgency that Dr. Martin Luther King spoke of so often in his speeches.

I acknowledge the seriousness of the offense and the impact it has had. However, I believe that Rahim's actions were out of character and not reflective of his true nature. He is a good father, and a committed community activist. He is a religious man whom I know for a fact is remorseful and would be willing to make amends by doing the things he does best, serving his community. He does not know my request because I just thought of it. He has the support of his family, friends, and coworkers like me who will walk with him every step of the way. God works in mysterious ways. He has a way of returning us to our core beliefs and values through our trials and tribulations. I believe this mistake will remind Rahim of who he is and return him to his true self and purpose in life – helping to transform lives and communities.

Philadelphia can't afford to lose men like him during these turbulent times. I am asking you to return him to a community desperately in need of his type of leadership skills to help stop the gun violence killing young people every day of the week, especially in the City of Philadelphia. He has a proven record of knowing how to transform communities. This is an opportunity for Your Honor to put him back on the path he knows all so well for him to pay his

debt for his mistake and help save lives and communities in the process. It's a triple win, and you have the power to make it happen. There are ways to monitor his work and progress while he is serving his community and time.

I know it sounds like a big ask, but we have big problems in our beloved city. Think about the alternative of putting him in jail when you could put him on the streets to talk young people out of committing crimes, mentoring youth, and sharing his experiences and wisdom which makes it real for them. If necessary, as a personal development trainer, and community activist working hard to reduce gun violence in our city, I am prepared to connect him to the many organizations and people I work with daily to facilitate this request. If your Honor wishes, I am also prepared to formalize this recommendation through my Personal Development Company, Proud Neighbor.

Thank you in advance for your consideration

Zenobia Waridi



April 24, 2024

Honorable Gerald A. McHugh
9613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Judge McHugh:

I am writing this letter in support of leniency and mercy for Abdur-Rahim Islam.

The son of a Philadelphia giant (Rev John White, Sr.), I've spent my entire life in the pursuit of improving the life for underserved and impoverished Philadelphians specifically in the African American community. I've held several high-profile public positions including Philadelphia City Council, PA State Representative, PA Secretary of Department of Public Welfare, and Executive Director of the Philadelphia Housing Authority (PHA). I'm currently President/CEO of The Consortium, a comprehensive community behavioral health agency serving 15,000, and have received numerous awards and citations recognizing the realizations of my efforts to help those in the most need.

I've known Rahim Islam for nearly 35 years – we first met in 1993 when I was the executive director of PHA and together we laid the foundation for one of the Nation's most successful public/private partnerships to revitalize Martin Luther King Plaza that was undertaken by Universal under Rahim Islam's leadership. Like many developments like MLK, it required the successful organizing of numerous key stakeholder groups (community, residents, political, business, etc.) led by Rahim. I've supported Rahim Islam and the activities of Universal Companies (their accomplishments are unmatched) in some way since and specifically I joined his efforts to organize the leadership of the Philadelphia community under the Philadelphia Community of Leaders (PCOL) to address the alarming high level of poverty in Philadelphia – this effort was similar to the success that my father achieved in 1970's-80's with the formation of the Black Political Forum.

It's clear from his body of work, he has surpassed doing a good "executive" job, like me, has live in a zone of "service" – that's the only way to explain it. Does that mean he's perfect? No (it doesn't exist), but he acknowledges his mistakes and truly is remorseful and wishes for the opportunity to show all those who followed him, including his 10 children and numerous grandchildren, what it looks like to get a second chance.

Judge McHugh, I, on behalf of so many who have benefitted from the works of Rahim Islam, plead with you to extend leniency and mercy to him when you announce your sentence. Thank you so much!

Peace and Blessings,

John White, Jr.

*Providing behavioral health care services since 1967, we put RECOVERY First.*

The Consortium • 3751 Island Avenue • 3rd Floor • Philadelphia, PA 19153
Tel: 215-596-8100 • Fax: 215-382-0511 • www.consortium-inc.org

April 25, 2024

Honorable Gerald A. McHugh
9613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Judge McHugh:

My name is Christine Wiggins, and I am a lifelong educator (former teacher and administrator) and founder of the successful Imhotep Charter School, an African Centered, science, mathematics, and technology center with a mission to provide standard driven, high quality education program for urban learners grounded in the African Principles. It is within the education space that I've come to know Rahim Islam and his good works.

I'm struggling with a few health challenges – so I'll be brief. What I want to say, without hesitation, is that Rahim Islam's dedication, selflessness, and "servant" leadership is unequaled and has made a tremendous difference for so many of our youth in Philadelphia - we need this spirit.

I'm aware there are consequences for our actions, and I know that Rahim understands this more than most and he's sincerely saddened and remorseful for the acts he has been found guilty of and is prepared to recommit the balance of his life to being a positive force for change AND I BELIEVE HIM AND HOPE YOU DO AS WELL.

Judge, I hope and pray that you grant Rahim Islam leniency and mercy when you render his sentence.

Sincerely,

Christine Wiggins

May 9, 2024

Honorable Gerald A. McHugh
9613 U.S. Courthouse
601 Market St.
Philadelphia PA

Your Honor,

I am writing to respectfully request leniency for my friend and mentor, Rahim Islam, who is facing sentencing before your court.  I speak for myself and an untold number of people who believes in Mr. Islam.

I first met Mr. Islam in 2004 when he hired me as a Senior Technician at Universal.  He was not only my boss, but he became my mentor.  From the day that I was hired, my experience at Universal was a blessing, adventure, and a journey that instilled in me a profound sense of gratitude and respect.  I was working for a company that was creating opportunities for so many which made coming to work an absolute joy.  Working at Universal was a journey of self-discovery, growth, and transformation, and one that I will cherish for a lifetime.  After a few positions within the Technology Department, Mr. Islam elevated me to be VP of Technology, and I had the good fortune to interact with every sector within the company ultimately serving nearly 800 staff.

The growth of Universal was nothing short of miraculous and my job was to make sure that our technology infrastructure was able to keep up with our growth.  To do my job, I had to always know where we were and where we are headed and Mr. Islam provided that leadership to me and the entire company.  He was relentless and worked harder, longer, and smarter than anyone I knew, and he pushed us all with his example.  I was in awe of his dedication and commitment to delivering to our community and genuinely impressed by his exceptional work ethics, professionalism, and dedication to excellence. Regardless of the challenges he faced, he approached each task with enthusiasm and a determination to succeed.

Mr. Islam was a gifted teacher, he taught all of us how to serve our community and instilled the belief that if our community is to improve, we had to do it.  His measurement of success was how well Universal served the community and how well the community perceived us.  He wasn't in some ivory tower looking down, Mr. Islam worked on the ground and in the trenches with the community.  In addition to providing direct leadership and management responsibilities directing 12-15 senior executives and another 40-50 middle managers, he met with the community leaders just as much – he did it all.

It is not often that one encounters an individual who consistently goes above and beyond their duties with such an unwavering commitment. One who puts others before himself, one who would make the necessary sacrifices to get it done.  The stress of making Universal an asset within our community was real – we had to deliver.  He took on more and more responsibilities outside of the organization because his leadership extended to the entire city.  He taught us that Universal must be seen as part of the community and not something separate and if had any flaws, it was that he loved the community too much (if that's possible).  He was always willing to lend a helping hand, offer guidance, and share his expertise with everyone.

To all who came to know him, he proved to be a person of integrity and character. He conducted himself with honesty, respect, and humility, earning the trust and admiration of all his employees and more importantly, the stakeholders in the community. He was our CEO but he was the community's champion and he worked to make people feel good about working to help the African American community. His positive attitude and willingness to collaborate made Universal one of the most successful organizations in the city's history. Mr. Islam was the embodiment of Universal and one of the key reasons I wanted to do all I could to make Universal worked for the 20 years I was employed there.

Your Honor, I understand that the decision you are tasked with is a weighty one, but I implore that you take into consideration that Mr. Islam is not the ordinary person, he is an exceptional human being and has never shirked away from his responsibility and the last 7 years has been extremely rough on him and his family and it will take much to rebuild his life and his once impeccable image. A lenient sentence would allow Mr. Islam the ability make the needed corrections and continue his life's mission of improving life for others. I kindly ask for your consideration in this matter.

Sincerely,

Johnnie J. Williams 3rd.



May 16, 2024

**Honorable Gerald A. McHugh**
**9613 U.S. Courthouse**
**601 Market Street**
**Philadelphia, PA 19106**

      **RE: Request for Leniency Letter**

Dear Jude McHugh,

I am writing this letter to ask for leniency for Rahim Islam.

I am the President & CEO of JCW COMPUTER CONSULTING, LLC (**www.JCWCC.com**), located at 7478 Rhoads Street, Suite C, Philadelphia, PA 19151 in the Overbrook Park section of Philadelphia. We are a technology consulting and implementation firm focusing on small businesses, nonprofits and K12 schools.

I earned a B.S. in Computer Science in 1992, and immediately became a full time entrepreneur in Philadelphia. My firm was awarded the African American Chamber of Commerce 2014 Small Business of the Year Award and a host of other business, civic and youth mentoring awards and recognition over the years. I served as the President and Board Chair for 100 Black Men of Philadelphia, Inc, a youth mentoring program for 2020 - 2021.

I have known Rahim for at least 20 years from the education and community advocacy space. He was always dedicated to the community, sacrificing time and talent. At this crucial time I am asking the court for leniency.

Sincerely,

_____

Joel C. Wilson, President & CEO



June 19, 2024

The Honorable Gerald A. McHugh
Eastern District Court of Pennsylvania
United States Federal District Court

Dear Honorable Judge McHugh,

I'm writing on behalf of Mr. Rahim Islam to respectfully request leniency in his sentencing. I currently serve as Vice President for National STEM Programs and Tech initiatives at the UNCF (United Negro College Fund). In my role at the UNCF, I connect students and faculty to educational opportunities around the country, and help students navigate career pathways into the tech industry. I also work locally with stakeholders in my home city of Philadelphia to support K12 students and families in their efforts to pursue career opportunities in the local and regional tech economy.

I have known Rahim close to twenty years and share his deep concern for the educational and economic conditions our students and youth face in Philadelphia. I have always found Rahim to be a person who is dedicated to his family and community and supporting others. I met Rahim years ago when I was involved in curriculum development work with K12 schools in our home City of Philadelphia and have worked with him to help students navigate the rough terrain of the urban environment.

For instance, Rahim was instrumental in helping me and others to develop programs that had a positive impact on many of Philadelphia's children, youth and families seeking to a better life through education. To be more specific, it was Rahim's leadership and passion for uplifting the community that became evident and was instrumental in organizing a 'Promise Neighborhood" approach to the revitalization of two neighborhoods in south Philadelphia. It became clear that Rahim was dedicated to uplifting the community through education and economic development and he was completed devoted to serve that mission. Rahim worked tirelessly to engage many different stakeholders including the city government, community-based organizations, parents, students and the local school district to develop the vision and execute the plan.

As a nation of laws, we honor the legal process and respect the outcome of the trial. With the utmost of respect, I am writing for any consideration you may give for leniency as you determine the appropriate sentencing in Rahim's case. Finally, I offer my support for Mr. Rahim Islam without reservation and under no duress. If I can share any additional details, please do not hesitate to contact me at chad.womack@uncf.org.

Very Respectfully,

Chad Womack, PhD
Vice President, National STEM Programs and Tech Initiatives
UNCF